IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INFORMATION SYSTEMS & NETWORKS CORPORATION | ) | |
| Plaintiff, | ) | No. 04-481C |
| v. | ) | (Judge Miller) |
| UNITED STATES OF AMERICA | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of David B. Stinson as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

DAVID B. STINSON
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, N.W.

s/ David B. Stinson
DAVID B. STINSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 307-1011
Fax No: (202) 514-8624

April 1, 2004

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 1st day of April 2004, I caused to be served by United States mail (first class, postage prepaid) copies of "NOTICE OF APPEARANCE" addressed as follows:

Norman H. Singer, Esq.
10411 Motor City Drive
Suite 725
Bethesda, Maryland 20817

s/ Tanisha N. James