IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INFORMATION SYSTEMS & NETWORKS, CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-481C |
| | ) | (Judge G. Miller) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 60 days, to and including July 23, 2004, within which to file its response to plaintiff's complaint. Defendant's response currently is due to be filed May 24, 2004. This is defendant's first request for an enlargement of time for this purpose. Counsel for plaintiff has informed us that plaintiff does not oppose our request for an enlargement of time for this purpose.

Upon receipt of the complaint, defendant promptly sent a copy to the Defense Contract Management Agency ("DCMA") with a request for a litigation report and suggested response to the complaint, pursuant to 28 U.S.C. § 520.[1] Counsel for DCMA has

[1] Section 520 provides that, "[i]n suits against the United States in the United States Court of Federal Claims . . . founded on a contract, agreement, or transaction with an executive department . . . the Attorney General shall send to the department . . . a printed copy of the petition filed by the claimant, with a request that the department . . . furnish to the Attorney General all facts, circumstances, and evidence concerning the claim in the possession or knowledge of the department," and that, "[w]ithin a reasonable time after receipt of the request of the Attorney General, the executive department . . . shall furnish the Attorney General with a written statement of all facts, information, and proofs." 28

informed counsel for defendant that additional time is necessary for him to gather and review information necessary for preparation of the agency's litigation report and suggested response to the complaint. Completion of this task has been made more difficult because agency counsel, as well as counsel for defendant, is in the process of preparing for trial in another case involving this plaintiff, Information Systems and Network Corp. v. United States, Fed. Cl. No. 98-663 (Judge Futey), that is scheduled to commence in Washington, D.C., on May 11, 2004.

The requested enlargement of time is required so that agency counsel may have sufficient time to obtain from DCMA employees the relevant information needed to prepare the requested litigation report and suggested response to the complaint, and to prepare and deliver to defendant's counsel the litigation report and suggested response to the complaint.

Once the litigation report is received, additional time is necessary so that defendant's counsel may have a sufficient opportunity to review the litigation report and suggested response to the complaint, obtain any additional information or clarification from DCMA, and prepare and file the Government's response to the complaint. Completion of this task prior to July 24, 2004 will be hampered somewhat because counsel for defendant currently is scheduled to be out of the office from June 25,

---

U.S.C. § 520.

2004, through July 5, 2004, for a long-standing, scheduled vacation.

For these reasons, defendant respectfully requests that the Court grant its unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ David B. Stinson
DAVID B. STINSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tele: (202) 307-0290
Fax: (202) 514-8624

OF COUNSEL:

GREGORY T. ALLEN
Trial Attorney
Defense Contract
Management Agency
Manassas, Virginia

May 5, 2004

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on May 5, 2004, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David B. Stinson
DAVID B. STINSON