IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| INFORMATION SYSTEMS & NETWORKS, CORPORATION, Plaintiff, | |
| v. | No. 04-481C (Judge G. Miller) |
| THE UNITED STATES, Defendant. | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of seven days, to and including July 30, 2004, within which to file its response to plaintiff's complaint. Defendant's response currently is due to be filed July 23, 2004. This is defendant's second request for an enlargement of time for this purpose. Defendant previously requested one enlargement of time of 60 days for this purpose. Counsel for plaintiff has informed us that plaintiff does not oppose our request for an additional enlargement of time for this purpose.

Counsel for defendant has completed a draft response to plaintiff's complaint. However, an issue not previously apparent to counsel has arisen which requires additional consideration and resolution prior to completion of our response. Counsel for defendant has requested that agency counsel provide additional information regarding the outstanding issue to defendant within the next several days. Once counsel for defendant receives the additional information from agency counsel, additional time will be necessary to review the agency's information and to make any

changes or additions to our response prior to submitting it for review by Department of Justice officials.

For these reasons, defendant respectfully requests that the Court grant its unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ David B. Stinson
DAVID B. STINSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tele: (202) 307-0290
Fax: (202) 514-8624

Attorneys for Defendant

OF COUNSEL:

GREGORY T. ALLEN
Trial Attorney
Defense Contract
Management Agency
Manassas, Virginia

July 23, 2004

CERTIFICATE OF FILING

I hereby certify that on July 23, 2004, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David B. Stinson
DAVID B. STINSON