# In the United States Court of Federal Claims

INFORMATION SYSTEMS & NETWORKS, CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 04-481 C

Filed July 26, 2004

ORDER

On May 5, 2004 defendant filed an unopposed motion for an enlargement of time of 60 days, to and including July 23, 2004, in which to file its response to plaintiff's complaint. On July 23, 2004, defendant filed a second unopposed motion for an enlargement of time of seven days, to and including July 30, 2004, within which to file its response to plaintiff's complaint. Because good cause has been shown, and both motions were unopposed, defendant's motions for enlargement of time are GRANTED. Defendant shall file and serve its response to plaintiff's complaint by July 30, 2004.

IT IS SO ORDERED.

/s/ George W. Miller
GEORGE W. MILLER
Judge