No. 04-481C
(Judge G. Miller)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

INFORMATION SYSTEMS &
NETWORKS CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

APPENDIX, VOLUME NO. TWO,
DEFENDANT'S MOTION TO DISMISS

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

MARK A. MELNICK
Assistant Director

DAVID B. STINSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tele: (202) 307-0290
Fax: (202) 514-8624

Attorneys for Defendant

OF COUNSEL:

GREGORY T. ALLEN
Trial Attorney
Defense Contract
Management Agency
Manassas, Virginia

July 30, 2004

# Index to Appendix

| | Page |
|---|---|
| Declaration of John H. Svensson, dated July 27, 2004 | 1 |
| ISN's June 27, 2002 claim for settlement of indirect cost rates; Prompt Payment Act interest; unpaid fees, retainages, and contract costs; and increased contract ceilings | 6 |
| August 28, 2002 letter from the ACO to ISN | 16 |
| September 18, 2002 letter from the ACO to ISN | 18 |
| September 19, 2002 electronic mail message from Charles Bonuccelli to the ACO | 20 |
| October 25, 2002 letter from Charles Bonuccelli to the ACO | 22 |
| November 19, 2002 letter from Charles Bonuccelli to the ACO | 23 |
| December 8, 2002 letter from the ACO to ISN | 66 |

ISN

*Information Systems & Networks Corporation – 10411 Motor City Drive, Bethesda, Maryland 20817 (301) 469-0400*

**Charles Bonuccelli**
*Chief Financial Officer*

October 25, 2002

Mr. John Svennson
Administrative Contracting Officer
Defense Contract Management Command
217 East Redwood Street - Suite 1800
Baltimore, MD 21202

Dear Mr. Svennson:

We are withdrawing the original ISN claim dated July 16, 2002. We will be resubmitting claim with the contracts and amounts as per our discussions over the last month. In addition, we will be providing you with additional information regarding the cost of ownership for the building, bonus compensation between 1992 and 1995, Pension calculation for 1995/1996 and information regarding Shel-Nar leases.

It was my understanding that you would reach a conclusion three week from receiving the revised claim. Thank you for you assistance in these matters and hopefully we can settle most of the issues. If you need additional information or have any questions please call me at (301) 469-0400 extension 367.

Sincerely,

Charles L. Bonuccelli

**EXHIBIT E**

RECEIVED 11/22/02

ISN

*Information Systems & Networks Corporation – 10411 Motor City Drive, Bethesda, Maryland 20817 (301) 469-0400*

**Charles Bonuccelli**
*Chief Financial Officer*

November 19, 2002

Mr. John Svennson
Administrative Contracting Officer
Defense Contract Management Command
217 East Redwood Street - Suite 1800
Baltimore, MD 21202

Dear Mr. Svennson:

As we discussed enclosed is the revised list of contracts that are your administrative responsibility. In addition, we are providing you with additional information regarding:

1. The cost of ownership for the building. We have located the file but as of yet have not found the review letter for the calculations provided by our independent CPAs. This is an issue of ISN calculation a cost of ownership and DCAA calculation a cost of occupancy. FAR 31.205-36(b)(3) only requires that the lease payments not exceed the normal cost of ownership. Anything other calculation by DCAA is over and above the requirements in FAR.
2. Shel-Nar leases. I have provided a proposal to accept between 60% and ~~75% of~~ the cost of the Shel-Nar leases. It turns out that the Shel-Nar Leases only affects the years 1988 through 1991. 65% ✓
3. Bonus compensation between 1992 and 1995 is presented two ways. The first 3A is on the fiscal year and the second, 3B, is on the calendar year basis. In both cases, the amounts claimed under the accrual method are less than what was actually paid in the same time periods.
4. Pension analysis calculation for 1995/1996 indicates that the $204,000 contribution was for 1996. However, the analysis also indicates that the payments that were disallowed for 1992 were in part over funding the pension plan and thus are not unallowable but treated as a pre-paid contribution. I have recalculated the entire amounts owed for the period and included them in my analysis. The sheet indicates the amount we are willing to accept as questioned cost.
5. DCAA double counting questioned cost for executive compensation by adding fringe benefits. The findings of DCAA include adding the fringe benefit rate to the findings for executive compensation. However, the executive compensation finding is calculated on both direct and indirect salaries, including holidays, sick leave, and vacation. Such paid absences are in the fringe benefit pool and were being charged appropriately by the executives. DCAA

**EXHIBIT F**

did not adjust its executive compensation finding to reduce them for the paid absences, thus double counting the questioned cost. My second objection is that the executive compensation questioned should not get any allocation of fringe benefits because 1) it already included paid absences and 2) no additional fringe benefit cost was caused by the excess executive compensation. Thus, to allocate fringe benefits on the total executive compensation questioned is vastly overstating the questioned cost.

I have also looked at the allocation issues. They are confusing to say the least. In the years 1992 through 1995, DCAA also appears to have reallocated some direct labor between pools but did not reallocate the associated indirect costs. In the draft DCAA audit report I have, no explanation is ever provided for changes to the direct labor allocation bases. When we get down to finalizing the rates we need to discuss this in more length since, whatever the conclusions, we will have to recalculate the indirect cost rates.

I generally still have reservations about changing the allocation method literally years after the fact. The fact is that ISN used the rate structure to bid contracts and many were awarded on the basis of those indirect cost rates. ISN also paid the government for its cost accounting practice changes on a fixed price contract. To rescind the changes now would invalidate the entire cost impact proposal and raise a serious question as to whether the government was entitled to the money it received. Since neither DCAA nor I can tell you what the overall cost impact would be, except for the confirmation that on some non-DoD contracts it will result in less cost recovery, I propose that we accept the way it was originally calculated and ISN will agree not to use such allocations prospectively.

I am willing to meet with you to go over the documents that I have sent you and to reach some agreement on these issues. It is still my understanding that you will reach a conclusion three week from receiving this revised claim. Thank you for you assistance in these matters and hopefully we can settle most of the issues. If you need additional information or have any questions please call me at (301) 469-0400 extension 367.

Sincerely,

Charles L. Bonuccelli

| ISN PROJ NO | FEDERAL GOVERNMENT CONTRACT NUMBER | CONTRACT COST LIMITATION (1) | ISN COST INCURRED BASED ON FINAL RATES | COST BILLED TO U.S. GOVT BASED ON INTERIM INDIRECT RATES (1) | AMOUNTS WITHHELD FOR DCAA FORM 1's (1) | GOVERNMENT RETENTION ON INVOICES (1) | ISN COST PAID BY FEDERAL GOVERNMENT* | COST TO CONTRACT CEILING OWED TO ISN WITHOUT FEE | COST OVER CONRACT CEILING DUE TO FINAL INDIRECT COST RATES | TOTAL ISN COST OVER AMOUNT PAID | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | CPFF | | | | | | | | | | |
| | COLUMN REFERENCE. | A | B | C | D | E | F | G | H | | |
| | COLUMN FORMULA: | | | | | | C-D-E | A-F (B-F WHEN COST IS LESS THAN CEILING) | B-A ($0 WHEN COST IS LESS THAN CEILING) | G+H | |
| 1017 | F19628-82-C-0108 | $ 1,280,078.02 | $ 1,283,871.75 | $1,277,449.11 | $113.00 | $ 600.52 | $1,276,735.59 | $3,342.43 | $3,793.73 | 7,136.16 | |
| 1061 | DAAK20-84-C-0149 | $ 74,594.82 | $ 74,368.10 | $67,813.47 | | | $67,813.47 | $6,781.35 | $0.00 | 6,781.35 | |
| 1077 | F19628-85-C-0043 | $ 457,882.43 | $ 461,596.48 | $453,150.92 | $3,504.00 | $ 1,974.00 | $447,872.92 | $10,009.51 | $3,914.05 | 13,923.56 | |
| 1093 | N00024-85-C-6528 | $ 2,512,790.92 | $ 2,600,003.37 | $2,475,856.08 | $21,943.00 | $ - | $2,453,713.08 | $59,077.84 | $87,212.45 | 146,290.29 | |
| 1102 | DAAH00-85-C-0010 | $ 2,754,718.50 | $ 2,904,235.74 | $2,754,358.47 | $23,949.00 | $ 7,894.00 | $2,722,713.47 | $32,003.03 | $149,519.24 | 181,522.27 | |
| 1159 | MDA903-87-C-0004 | $ 1,493,504.26 | $ 1,578,187.02 | $1,457,077.33 | $10,782.00 | | $1,446,315.33 | $47,188.93 | $84,682.75 | 131,871.69 | |
| 1179 | N66604-87-D-0098 | $ 5,456,798.00 | $ 5,821,448.37 | $5,406,196.88 | $82,843.00 | | $5,323,353.88 | $133,444.12 | $364,650.37 | 498,094.49 | |
| 1184 | MDA903-88-C-0702 | $ 2,457,059.00 | $ 2,684,236.89 | $2,334,235.94 | $22,484.00 | | $2,311,751.94 | $145,307.06 | $227,177.89 | 372,484.95 | |
| 2029 | DAAK70-83-C-0145 | $ 2,797,794.06 | $ 3,279,423.49 | $2,664,565.77 | $23,374.00 | $ 14,314.00 | $2,628,877.77 | $170,916.29 | $481,629.44 | 652,545.72 | |
| | TOTAL CPFF | $ 19,285,018.01 | $ 20,687,371.21 | $ 16,890,501.97 | $ 188,972.00 | $ 24,582.52 | $ 16,676,947.45 | $ 808,070.56 | $ 1,402,579.92 | $ 2,010,650.48 | $ - |

1. These amounts are determined from the ISN records. DCMC is confirming the amounts to assure that they are not mis-stated based on Government records and additional modifications to the contracts.

2. The additional cost over cost ceiling amounts were caused by the bidding and billing

| TOTAL FEE ON CONTRACT | UNPAID INVOICED FEE | AMOUNT DUE TO ISN WITHIN CONTRACT INCLUDING RETAINED FEE | FISCAL YEARS OF PERFORMANCE | ESTIMATED INTEREST PER FAR PART 32 (3) | TOTAL AMOUNT DUE TO ISN WITH ADJUSTED COST AND INTEREST |
|---|---|---|---|---|---|
| J | K | L | | M | N |
| | | G+K | | | I+K+M |
| $ 122,696.98 | $ 17,560.52 | $ 20,902.95 | 1985-1986 | $ 8,779.24 | $ 33,475.92 |
| $ 8,237.00 | $ 1,235.56 | $ 8,016.91 | 1984-1986 | $ 3,367.10 | $ 11,384.01 |
| $ 32,729.25 | | $ 10,009.51 | 1985-1987 | $ 4,203.99 | $ 18,127.55 |
| $ 212,922.50 | $ 23,092.45 | $ 82,170.29 | 1985-1990 | $ 34,511.52 | $ 203,894.26 |
| $ 213,421.86 | $ 15,080.36 | $ 47,083.39 | 1985-1990 | $ 19,775.02 | $ 216,377.85 |
| $ 154,080.74 | $ 31,541.19 | $ 78,730.12 | 1987-1990 | $ 33,086.65 | $ 196,479.53 |
| $ 348,284.68 | $ 51,944.87 | $ 185,388.99 | 1988-1993 | $ 55,616.70 | $ 605,656.06 |
| $ 197,516.39 | $ 54,909.90 | $ 200,216.96 | 1988-1993 | $ 60,065.09 | $ 487,459.94 |
| $ 225,399.00 | $ 33,809.85 | $ 204,726.14 | 1984-1989 | $ 85,984.98 | $ 772,340.55 |
| $ 1,515,288.38 | $ 229,174.70 | $ 837,245.26 | | $ 305,370.29 | $ 2,545,195.48 |

3. Under FAR Part 32.905 a final invoice is due on the settlements date. Since DCMC would not settle the indirect cost rates until all litigation was settled, ISN has calculated the interest on outstanding amounts from the latest date it believes a reasonable settlement should have been expected.

REVsummpre1996

(1)

VASWANI PLACE
1041' 'R CITY DRIVE
6 - 1995

Provided with Nov 19 letter

| FACILITY COSTS | CYE DEC 31, 1986 | CYE DEC 31, 1987 | CYE DEC 31, 1988 | CYE DEC 31, 1989 | CYE DEC 31, 1990 | CYE DEC 31, 1991 | CYE DEC 31, 1992 | CYE DEC 31, 1993 | CYE DEC 31, 1994 | CYE DEC 31, 1995 | TOTAL FOR ENTIRE PERIOD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FCCOM | $ 312,575 | $ 743,525 | $ 844,786 | $ 840,886 | $ 797,456 | $ 789,642 | $ 634,332 | $ 542,593 | $ 545,393 | $ 618,698 | |
| Depreciation | 66,999 | 160,798 | 160,798 | 160,798 | 160,798 | 160,798 | 160,798 | 160,798 | 160,798 | 160,798 | |
| Taxes | 225,055 | 197,862 | 194,921 | 176,918 | 167,055 | 165,203 | 178,291 | 137,770 | 147,370 | 131,546 | |
| Total Raw Building Cost | $ 604,629 | $ 1,102,184 | $ 1,200,504 | $ 1,178,602 | $ 1,125,309 | $ 1,115,643 | $ 973,421 | $ 841,161 | $ 853,561 | $ 911,041 | |
| Rented Square Footage | 49,299 | 49,299 | 50,038 | 53,591 | 68,374 | 68,374 | 67,975 | 75,428 | 86,610 | 86,610 | |
| Cost to Own before Operating Exp. | $ 29.43 | $ 22.36 | $ 23.99 | $ 21.99 | $ 16.46 | $ 16.32 | $ 14.32 | $ 11.15 | $ 9.86 | $ 10.52 | |
| **OPERATING EXPENSES** | | | | | | | | | | | |
| **Per 1040 SCH. C** | | | | | | | | | | | |
| Advertising | $ 15,289 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | |
| Bank Service Charges | - | 4,305 | 4,448 | - | - | - | - | - | - | - | |
| Commissions & Fees | - | - | - | - | 60 | 22,432 | 40 | 12,067 | 229,259 | 103,187 | |
| Insurance | 11,078 | - | - | 15,162 | 15,162 | 845 | 344 | 990 | - | - | |
| Professional Fees | 135,411 | 49,545 | 118,808 | 35,691 | 182,537 | 12,455 | 48,052 | 15,880 | 2,795 | 39,555 | |
| Equipment Rent | 28,909 | - | - | - | - | - | - | - | - | - | |
| Office Supplies | 1,268 | - | - | 3,108 | 4,682 | 4,682 | 389 | 11,858 | - | - | |
| Repairs & Maintenance | 11,874 | (5,000) | - | - | 11,843 | 30,012 | 5,248 | - | - | 748 | |
| Travel | - | - | - | - | - | - | - | - | - | - | |
| Meals & Entertainment | - | - | - | - | 2,235 | 2,854 | 3,896 | 6,065 | 4,618 | 5,834 | |
| Utilities | 13,485 | - | - | - | - | - | - | - | - | - | |
| Salaries & Wages | 15,681 | - | - | - | - | - | - | - | - | - | |
| Other Expenses | 377,442 | 325,994 | 407,236 | 126,295 | 122,994 | 123,414 | 132,440 | 116,743 | 119,402 | 122,519 | |
| | $ 610,437 | $ 374,844 | $ 530,492 | $ 180,256 | $ 339,513 | $ 196,694 | $ 190,409 | $ 163,603 | $ 356,074 | $ 271,843 | |
| **Per FORM 1120S** | | | | | | | | | | | |
| Salaries & Wages | $ - | $ 37,321 | $ 26,945.00 | $ 14,186.00 | $ 200 | $ 440 | $ - | $ - | $ - | $ - | |
| Repairs & Maintenance | - | 4,916 | - | 14,820 | 36,807 | 31,188 | 31,399 | 39,473 | 39,431 | 56,132 | |
| Taxes & Licenses | - | - | - | - | - | - | 981 | 918 | 1,283 | 1,189 | |
| Rent | - | | | | | | | | | | |
| Depreciation | - | 14,475 | 21,805 | 23,174 | 41,308 | 54,313 | 54,313 | 56,954 | 48,441 | 39,448 | |
| Advertising | - | 1,046 | 759 | 1,332 | - | 287 | - | - | - | - | |
| Other Deductions | - | 291,919 | 245,661 | 276,300 | 239,694 | 264,710 | 273,695 | 268,823 | 314,889 | 355,931 | |
| | $ - | $ 349,677 | $ 295,170 | $ 329,812 | $ 318,009 | $ 350,938 | $ 360,388 | $ 366,168 | $ 404,044 | $ 452,700 | |
| **Cost of Ownership** | $ 1,215,066.46 | $ 1,826,705.02 | $ 2,026,166.45 | $ 1,688,669.27 | $ 1,782,830.86 | $ 1,663,274.77 | $ 1,524,217.68 | $ 1,370,932.01 | $ 1,613,679.08 | $ 1,635,584.46 | |
| COST OF OWNERSHIP ALLOCATED TO OTHER OCCUPANTS | $ - | | | 17,585.13 | 18,565.69 | 17,320.68 | 15,872.59 | 14,276.34 | 347,474.66 | 449,241.63 | |
| TOTAL COST OF OWNERSHIP | 1,215,066.46 | 1,826,705.02 | 2,026,166.45 | 1,671,084.14 | 1,764,265.17 | 1,645,954.10 | 1,508,345.08 | 1,356,655.67 | 1,266,204.42 | 1,186,342.83 | 15,466,789.33 |
| RENT PAID ON BUILDING | | $ 982,669.40 | $ 1,298,268.45 | $ 1,107,480.95 | $ 1,307,699.36 | $ 1,347,912.97 | $ 1,063,252.11 | $ 945,086.07 | $ 892,432.09 | $ 791,773.48 | 9,736,574.88 |
| UNDER (OVER) PAID RENT | $ 1,215,066.46 | $ 844,035.62 | $ 727,898.00 | $ 563,603.19 | $ 456,565.81 | $ 298,041.13 | $ 445,092.98 | $ 411,569.60 | $ 373,772.33 | $ 394,569.35 | 5,730,214.46 |
| PERCENTAGE ISN ABSORBING | | 46.21% | 35.92% | 33.73% | 25.88% | 18.11% | 29.51% | 30.34% | 29.52% | 33.26% | |
| DCAA QUESTIONED AMOUNT | | | $ 362,115.00 | $ 190,721.00 | $ 163,829.00 | $ 256,504.00 | $ 84,822.00 | $ 195,215.00 | $ 232,753.00 | $ 487,565.00 | 1,973,524.00 |
| Total asked to absorb | $ - | $ 844,035.62 | $ 1,090,013.00 | $ 754,324.19 | $ 620,394.81 | $ 554,545.13 | $ 529,914.98 | $ 606,784.60 | $ 606,525.33 | $ 882,134.35 | 6,488,672.00 |
| PERCENTAGE OF COST ASKED TO ABSORB IF DCAA FINDING IS ACCEPTED | | | 53.80% | 45.14% | 35.16% | 33.69% | 35.13% | 44.73% | 47.90% | 74.36% | 41.95% |
| ISN OCCUPIED PERCENTAGE | | | 50.71% | 51.16% | 67.94% | 69.51% | 69.51% | 69.51% | 69.51% | 69.51% | 64.67% |
| PERCENTAGE UNOCCUPIED | | | 48.47% | 44.42% | 29.09% | 29.09% | 29.51% | 21.78% | 10.18% | 10.18% | 27.84% |
| ISN'S PERCENTAGE RESPONSIBILITY | | | 99.18% | 95.58% | 97.04% | 98.60% | 99.02% | 91.29% | 79.69% | 79.69% | 92.51% |

(2)

SHELL-N. .OPOSAL

| YEAR | 1988 | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 |
|---|---|---|---|---|---|---|---|---|
| AMOUNTS QUESTIONED | | | | | | | | |
| B&P | $ 3,086.00 | $ 6,117.00 | $ 3,004.00 | $ 1,548.00 | | | | |
| G&A | $ 15,755.00 | $ 31,049.00 | $ 14,406.00 | $ 17,196.00 | | | | |
| WASHINGTON A | $ 18,305.00 | $ 23,695.00 | $ 12,010.00 | $ 3,122.00 | | | | |
| WASHINGTON B | $ 845.00 | $ 2,967.00 | $ 606.00 | $ 754.00 | | | | |
| WASHINGTON D | $ 227.00 | $ 513.00 | $ 134.00 | $ 48.00 | | | | |
| SAO A | $ 6,096.00 | $ 9,433.00 | $ 277.00 | $ - | | | | |
| SAO B | $ 190.00 | $ 509.00 | $ 14.00 | $ - | | | | |
| DAYTON A | $ 1,151.00 | $ 2,297.00 | $ 429.00 | $ - | | | | |
| DAYTON B | $ 387.00 | $ 662.00 | $ 56.00 | $ - | | | | |
| NORTH CAROLINA | $ 884.00 | $ 2,973.00 | $ - | $ - | | | | |
| ISN SERVICES | $ 73.00 | $ 385.00 | $ 164.00 | $ 32.00 | $ - | $ - | $ - | $ - |
| TOTAL | $ 46,999.00 | $ 80,600.00 | $ 31,100.00 | $ 22,700.00 | $ - | $ - | $ - | $ - |
| DCAA % QUESTIONED | 50% | 50% | 50% | 50% | | | | |
| ISN SUGGESTED | 25% | 25% | 35% | 40% | | | | |
| ISN SUGGESTED ADJUSTMENT | | | | | | | | |
| B&P | $ 1,543.00 | $ 3,058.50 | $ 2,102.80 | $ 1,238.40 | | | | |
| G&A | $ 7,877.50 | $ 15,524.50 | $ 10,084.20 | $ 13,756.80 | | | | |
| WASHINGTON A | $ 9,152.50 | $ 11,847.50 | $ 8,407.00 | $ 2,497.60 | | | | |
| WASHINGTON B | $ 422.50 | $ 1,483.50 | $ 424.20 | $ 603.20 | | | | |
| WASHINGTON D | $ 113.50 | $ 256.50 | $ 93.80 | $ 38.40 | | | | |
| SAO A | $ 3,048.00 | $ 4,716.50 | $ 193.90 | $ - | | | | |
| SAO B | $ 95.00 | $ 254.50 | $ 9.80 | $ - | | | | |
| DAYTON A | $ 575.50 | $ 1,148.50 | $ 300.30 | $ - | | | | |
| DAYTON B | $ 193.50 | $ 331.00 | $ 39.20 | $ - | | | | |
| NORTH CAROLINA | $ 442.00 | $ 1,486.50 | $ - | $ - | | | | |
| ISN SERVICES | $ 36.50 | $ 192.50 | $ 114.80 | $ 25.60 | | | | |
| TOTAL | $ 23,499.50 | $ 40,300.00 | $ 21,770.00 | $ 18,160.00 | | | | |
| TOTAL DCAA QUESTIONED | | | | $ 181,399.00 | | | | |
| TOTAL ISN SUGGESTED | | | | $ 103,729.50 | | | | |
| PERCENTAGE ISN WILLING TO ACCEPT | | | | 57% | | | | |

(3A)



1992FY BONUSES

PAY PERIODS: 10/01/1991 THRU 9/30/1992

Provided with Nov 19 letter

| EMP NO | EMPLOYEE NAME | BONUSES PAID |
|---|---|---|
| 000000106 | AUSTIN, RONALD | 3,000.00 |
| 000000116 | FRITZ, JAMES | 500.00 |
| 000000148 | CHAPMAN, ROBERT | 3,000.00 |
| 000000149 | WHITLEY JR, JOHN | 18,000.00 |
| 000000180 | HOLLOWAY, EL WAND | 500.00 |
| 000000184 | HARGROVE, RICHARD | 750.00 |
| 000000188 | WROTH, JAMES | 10,000.00 |
| 000000222 | HENDRICKS, KAREN | 1,000.00 |
| 000000234 | HOLMAN III, JOHN | 3,500.00 |
| 000000269 | MATTHEWS, BARRY | 6,000.00 |
| 000000274 | PYNE, VICKI R | 500.00 |
| 000000281 | SWANN, VIRGINIA M | 250.00 |
| 000000322 | DAWSON, SUSAN | 1,500.00 |
| 000000329 | KLINGENSMITH, LES | 1,500.00 |
| 000000345 | DORN, RICHARD C | 1,500.00 |
| 000000381 | BRANDON, RUSSELL | 500.00 |
| 000000456 | HICKEY, JAMES K | 1,000.00 |
| 000000474 | LEDFORD, FINLEY P | 500.00 |
| 000000503 | ESPINOZA, SEGUNDO | 750.00 |
| 000000672 | O'CONNELL, RUTH A | 650.00 |
| 000000681 | HENRY, JEANETE M | 350.00 |
| 000000683 | MCCARTY, ELAINE M | 750.00 |
| 000000712 | SAWYER, DEBORAH E | 1,500.00 |
| 000000730 | SISKOVIC, JOEL E | 500.00 |
| 000000743 | GWYNN-HAMLETT, TA | 800.00 |
| 000000751 | MARTIN, CHARLIE A | 400.00 |
| 000000799 | ROTELLA, PETER | 500.00 |
| 000000821 | SMITH, WILLIAM TE | 1,000.00 |
| 000000848 | FLYNN, DAVID J | 750.00 |
| 000000862 | BANGSBERG, KENNET | 1,000.00 |
| 000000874 | PRESTON, RICHARD | 300.00 |
| 000000876 | BURY, ROBERT E | 800.00 |
| 000000877 | MINOR, ROBERT L | 600.00 |
| 000000878 | HART, SUSAN H | 1,500.00 |
| 000000880 | NICHOLSON, GLORIA | 700.00 |
| 000000905 | FUTRELL, EDITH B | 800.00 |
| 000000926 | WILLIAMSON, THOMA | 1,000.00 |
| 000000951 | IMM, JEFFREY M | 4,500.00 |
| 000001039 | LYLES, SONYA D | 1,500.00 |
| 000001079 | WHITAKER, MARK A | 1,500.00 |
| 000001092 | ARSLAN, HILMI | 16,500.00 |
| 000001105 | OLIVER, LOUIS R | 12,000.00 |
| 000001112 | BINDER, STANLEY J | 250.00 |
| 000001120 | AMEY, WILLIAM S | 11,000.00 |

These are by Fiscal Year

| | PAID | CLAIMED |
|---|---|---|
| (1) FY 92 | 192,025.00 | # 285,495 |
| FY 93 | 330,468.66 | 14,000 |
| (1) FY 94 | 81,363.00 | 205,363.99 |
| (1) FY 95 | 346,500.00* | 186,500.00 |
| TOTAL PAID 4 FY's | 950,356.66 | 681,358.99 |

* 173,000 WAS QUESTIONED AS EXECUTIVE COMPENSATION

950,356.66
(173,000.00)
777,356.66

(1) These amounts Tie into DCAA's Questioned Cost Calculation

RUN DATE: 15, 2002 - 14:37:53 CLB INFORMATION SYSTEMS & NETWOI ?RPORATION V4.02 PAGE 0000

1992FY BONUSES

PAY PERIODS: 10/01/1991 THRU 9/30/1992

| EMP NO | EMPLOYEE NAME | BONUSES PAID |
|---|---|---|
| 000001159 | BENTON, GINELLE A | 250.00 |
| 000001169 | SILEO, LEN P | 500.00 |
| 000001216 | KEEN, CHARLES A | 400.00 |
| 000001219 | KIRK, JAMES M | 250.00 |
| 000001225 | JONES, MICHAEL F | 500.00 |
| 000001237 | ENLOE, MARK W | 400.00 |
| 000001240 | HARRIS, TERYL H | 800.00 |
| 000001259 | FITZENRIDER, SUSA | 500.00 |
| 000001265 | SUCIK, SUSAN M | 500.00 |
| 000001287 | WETMORE, CANDY | 1,000.00 |
| 000001327 | PASCARAN, LORENZO | 1,500.00 |
| 000001334 | WRIGHT, LISA Y | 2,250.00 |
| 000001341 | MILLER BRYANT, LI | 500.00 |
| 000001359 | MARTIN, GLENN G | 1,000.00 |
| 000001367 | HALL, GEARY R | 300.00 |
| 000001392 | MILLER, SCOTT E | 300.00 |
| 000001411 | COCHRAN, PAULA H | 800.00 |
| 000001416 | YEZNACH, BERNARD | 250.00 |
| 000001455 | CROWLEY, JOHN S | 1,500.00 |
| 000001457 | NORFOLK-MILLS, DO | 400.00 |
| 000001462 | WALCOTT, AUBREY B | 250.00 |
| 000001472 | HALL, CATHERINE E | 1,000.00 |
| 000001478 | SANTOS, JOHN | 225.00 |
| 000001494 | LEJARDE, DULCE L | 1,500.00 |
| 000001506 | SHAW, ALLIEU M | 3,000.00 |
| 000001511 | DIXON JR, D.ALLEN | 500.00 |
| 000001520 | BOYCE, JACQUELINE | 1,000.00 |
| 000001533 | RUBINSTEIN, HERBE | 6,000.00 |
| 000001539 | DENNIS, BRUCE W | 1,500.00 |
| 000001542 | HARTWELL, DONALD | 600.00 |
| 000001570 | GAY, JAMES L | 500.00 |
| 000001574 | ENSMINGER, PHYLLI | 250.00 |
| 000001611 | TURNER, ALVIN R | 3,000.00 |
| 000001637 | MURPHY, PATRICK R | 150.00 |
| 000001648 | SMITH, DANIEL J | 850.00 |
| 000001665 | HENRY, GLORIA E | 350.00 |
| 000001680 | HERNDON, RICHARD | 500.00 |
| 000001702 | HARRIS, DAVID C | 500.00 |
| 000001741 | MILLER, DONALD R | 500.00 |
| 000001750 | GARDNER, NANCY J | 300.00 |
| 000001769 | MACON, MARJORIE G | 1,000.00 |
| 000001770 | JAYANTY, SVS LAKS | 500.00 |
| 000001772 | HUNT, RODNEY P | 6,500.00 |
| 000001776 | KENNEY, JONATHAN | 300.00 |

1992FY BONUSES

PAY PERIODS: 10/01/1991 THRU 9/30/1992

| EMP NO | EMPLOYEE NAME | BONUSES PAID |
|---|---|---|
| 000001784 | MENDIZABAL, M. KI | 1,000.00 |
| 000001786 | TAYLOR, LARRY R | 1,000.00 |
| 000001787 | LAM, TINA N | 500.00 |
| 000001788 | PERRY, JOHN G | 3,000.00 |
| 000001798 | COOKE, ELIZABETH | 500.00 |
| 000001809 | KAMARA, ADIATU A | 500.00 |
| 000001810 | SMITH, GINA R | 500.00 |
| 000001817 | BROWN, LARRY L | 150.00 |
| 000001819 | SMITH, DINA R | 800.00 |
| 000001820 | SMITH,JR., ELIGE | 500.00 |
| 000001830 | CAHOON, AMELIA A | 200.00 |
| 000001833 | BARLOW, BRIAN W | 600.00 |
| 000001839 | BARBOUR, MARIA L | 1,500.00 |
| 000001845 | GROOMS, CHARLES H | 500.00 |
| 000001848 | KRAFTON, MARGARIT | 300.00 |
| 000001850 | JACKSON, KIMBERLY | 400.00 |
| 000001851 | HULME, STEPHEN H | 500.00 |
| 000001854 | BISHOP, JAMES A | 100.00 |
| 000001858 | CHRISTENSEN, GRAC | 300.00 |
| 000001859 | GRISSOM,JR., CHAR | 500.00 |
| 000001863 | SMITH, KENNETH F | 250.00 |
| 000001864 | EGGEBRAATEN, DEBR | 700.00 |
| 000001878 | THIGPEN, MICHAEL | 1,500.00 |
| 000001888 | TUCKER, RHONDA E | 250.00 |
| 000001889 | WILLIAMS, SCOTT R | 100.00 |
| 000001894 | WICKELGREN, DONAL | 500.00 |
| 000001896 | MCDIARMID, DOUGLA | 100.00 |
| 000001899 | DUNBAR, JANE M | 1,000.00 |
| 000001900 | BOUCHARD, WAYNE E | 100.00 |
| 000001904 | MONROE, GARY C | 500.00 |
| 000001917 | SMITH, NADINE C | 400.00 |
| 000001928 | HARDISON, DAVID L | 200.00 |
| 000001929 | VU, MINDY N | 300.00 |
| 000001931 | ELEMO, PAUL O | 500.00 |
| 000001932 | JOHNSON, BENNY A | 200.00 |
| 000001938 | CHASE, THOMAS A | 500.00 |
| 000001939 | LESIEUR, EDWARD T | 100.00 |
| 000001946 | SHAMBLIN, TIMOTHY | 100.00 |
| 000001947 | HUNT, LESLIE R | 2,000.00 |
| 000001948 | MALONE, SCOTT F | 100.00 |
| 000001950 | VAIL,JR., HENRY E | 300.00 |
| 000001951 | WOOLARD, RUSSELL | 1,000.00 |
| 000001952 | OYLER, JOHN H | 500.00 |
| 000001954 | BOURASSA, PAUL H | 250.00 |

1992FY BONUSES

PAY PERIODS: 10/01/1991 THRU 9/30/1992

| EMP NO | EMPLOYEE NAME | BONUSES PAID |
|---|---|---|
| 000001957 | BASAK, CHRISTOPHE | 200.00 |
| 000001962 | PHILLIPS, LARN-HU | 200.00 |
| 000001966 | TODD, WILLIAM M | 1,000.00 |
| 000001969 | SANTOS, JEAN M | 100.00 |
| 000001976 | CHAO, SHIRLEY H | 500.00 |
| 000001977 | SHAH, ALKA | 300.00 |
| 000001979 | WINKLER, RONALD L | 2,000.00 |
| 000001992 | HALL, DAVID M | 200.00 |
| 000001996 | CHAPPELL, CHRISTO | 100.00 |
| 000001998 | COLE, DAVID J | 500.00 |
| 000001999 | SABATANO, MICHELE | 750.00 |
| 000002001 | MEDEIROS, JOSEPH | 100.00 |
| 000002012 | GAROFALO, ANN M | 500.00 |
| 000002014 | SELISKER, ELIZABE | 300.00 |
| 000002017 | VANGEL, MATTHEW | 100.00 |
| 000002020 | MCGRAW, M.SUSAN | 300.00 |

RUN DATE 15, 2002 - 14:37:53 CLB INFORMATION SYSTEMS & NETWO! RPORATION V4.02 PAGE 0000

1992FY BONUSES

PAY PERIODS: 10/01/1991 THRU 9/30/1992

| EMP NO | EMPLOYEE NAME | BONUSES PAID |
|---|---|---|
| GRAND TOTALS: | | 192,025.00 |

Same as collected during audit of 92-95

REPORT LAYOUT NAME: CLB10

SORT/RANGE OPTIONS USED IN REPORT:

EMPLOYEES: THRU ZZZZZZZZZ
EMP TYPE: H
DEPARTMENTS: ALL SORT #
UNION CODES: ALL SORT #
AGREEMENTS: ALL SORT #

COMPLETION DATE AND TIME: 11/15/2002 14:38:11

1993FY BONUSES

PAY PERIODS: 10/01/1992 THRU 9/30/1993

| EMP NO | EMPLOYEE NAME | BONUSES PAID |
|---|---|---|
| 000000106 | AUSTIN, RONALD | 3,500.00 |
| 000000116 | FRITZ, JAMES | 2,500.00 |
| 000000148 | CHAPMAN, ROBERT | 3,000.00 |
| 000000149 | WHITLEY JR, JOHN | 20,000.00 |
| 000000180 | HOLLOWAY, EL WAND | 800.00 |
| 000000184 | HARGROVE, RICHARD | 1,000.00 |
| 000000188 | WROTH, JAMES | 11,000.00 |
| 000000234 | HOLMAN III, JOHN | 12,000.00 |
| 000000269 | MATTHEWS, BARRY | 8,000.00 |
| 000000274 | PYNE, VICKI R | 500.00 |
| 000000281 | SWANN, VIRGINIA M | 500.00 |
| 000000329 | KLINGENSMITH, LES | 2,000.00 |
| 000000345 | DORN, RICHARD C | 1,750.00 |
| 000000364 | PARKER, JACQUELIN | 250.00 |
| 000000379 | NASSAU, THOMAS | 108.28 |
| 000000381 | BRANDON, RUSSELL | 3,250.00 |
| 000000435 | LINDSAY, GLORIA J | 750.00 |
| 000000456 | HICKEY, JAMES K | 1,500.00 |
| 000000474 | LEDFORD, FINLEY P | 500.00 |
| 000000503 | ESPINOZA, SEGUNDO | 750.00 |
| 000000672 | O'CONNELL, RUTH A | 4,000.00 |
| 000000683 | MCCARTY, ELAINE M | 4,000.00 |
| 000000712 | SAWYER, DEBORAH E | 1,500.00 |
| 000000730 | SISKOVIC, JOEL E | 750.00 |
| 000000743 | GWYNN-HAMLETT, TA | 500.00 |
| 000000789 | CZECHA, VINCENT J | 350.00 |
| 000000848 | FLYNN, DAVID J | 2,000.00 |
| 000000855 | MATTHEWS, STEPHAN | 108.28 |
| 000000862 | BANGSBERG, KENNET | 1,000.00 |
| 000000876 | BURY, ROBERT E | 1,000.00 |
| 000000877 | MINOR, ROBERT L | 1,500.00 |
| 000000878 | HART, SUSAN H | 1,000.00 |
| 000000880 | NICHOLSON, GLORIA | 500.00 |
| 000000905 | FUTRELL, EDITH B | 500.00 |
| 000000926 | WILLIAMSON, THOMA | 4,000.00 |
| 000001039 | LYLES, SONYA D | 1,750.00 |
| 000001079 | WHITAKER, MARK A | 1,000.00 |
| 000001092 | ARSLAN, HILMI | 15,000.00 |
| 000001105 | OLIVER, LOUIS R | 25,000.00 |
| 000001120 | AMEY, WILLIAM S | 18,000.00 |
| 000001145 | PEREGORY, ANNIE M | 250.00 |
| 000001159 | BENTON, GINELLE A | 250.00 |
| 000001160 | POPE, TAMMY V | 108.28 |
| 000001169 | SILEO, LEN P | 400.00 |

ie amount actually paid during fiscal year, probably Dec 92. It would, in theory, be from "the accrual" for CFY91

1993FY BONUSES

PAY PERIODS: 10/01/1992 THRU 9/30/1993

| EMP NO | EMPLOYEE NAME | BONUSES PAID |
|---|---|---|
| 000001216 | KEEN, CHARLES A | 1,500.00 |
| 000001240 | HARRIS, TERYL H | 600.00 |
| 000001259 | FITZENRIDER, SUSA | 300.00 |
| 000001327 | PASCARAN, LORENZO | 1,500.00 |
| 000001334 | WRIGHT, LISA Y | 2,750.00 |
| 000001383 | BEKE, AMON E | 108.28 |
| 000001387 | LAIRD,Jr, ROBERT | 108.28 |
| 000001392 | MILLER, SCOTT E | 300.00 |
| 000001411 | COCHRAN, PAULA H | 200.00 |
| 000001420 | OLIVAREZ, ARMANDO | 1,250.00 |
| 000001438 | HOUSTON, JEFFREY | 400.00 |
| 000001439 | HOWARD, LARRY | 200.00 |
| 000001455 | CROWLEY, JOHN S | 1,500.00 |
| 000001457 | NORFOLK-MILLS, DO | 300.00 |
| 000001462 | WALCOTT, AUBREY B | 2,250.00 |
| 000001494 | LEJARDE, DULCE L | 2,000.00 |
| 000001506 | SHAW, ALLIEU M | 7,000.00 |
| 000001511 | DIXON JR, D.ALLEN | 500.00 |
| 000001524 | CROWN, DENNIS R | 750.00 |
| 000001533 | RUBINSTEIN, HERBE | 6,000.00 |
| 000001534 | HONSAKER, GEORGE | 500.00 |
| 000001539 | DENNIS, BRUCE W | 3,500.00 |
| 000001542 | HARTWELL, DONALD | 300.00 |
| 000001543 | SHARP, JIMMY R | 300.00 |
| 000001556 | WEATHERSPOON, BRE | 300.00 |
| 000001557 | CEGIELSKI, RUDOLP | 1,500.00 |
| 000001558 | MORGAN, DONALD H | 300.00 |
| 000001566 | DAVIDSON, CHARLES | 1,200.00 |
| 000001575 | DUNTY, WILLIAM C | 750.00 |
| 000001577 | CRONK, MARK S | 300.00 |
| 000001587 | BUSH, JAY F | 300.00 |
| 000001595 | CORNISH, PAUL W | 1,250.00 |
| 000001600 | RAMSEY, DAVID B | 108.28 |
| 000001603 | TRAN, PHUONG K | 108.28 |
| 000001611 | TURNER, ALVIN R | 5,000.00 |
| 000001624 | BOGEMANN, LAWRENC | 500.00 |
| 000001630 | MCMANUS, THOMAS P | 108.28 |
| 000001637 | MURPHY, PATRICK R | 108.28 |
| 000001649 | BERGQUIST, DAVID | 300.00 |
| 000001650 | BALDWIN, LEO S | 300.00 |
| 000001657 | DRAKE, ALAN W | 1,400.00 |
| 000001674 | WINTERS, ROBERT N | 108.28 |
| 000001691 | RISCH, GREGORY M | 2,000.00 |
| 000001695 | RISCH, M.SUE | 300.00 |

1993FY BONUSES

PAY PERIODS: 10/01/1992 THRU 9/30/1993

| EMP NO | EMPLOYEE NAME | BONUSES PAID |
|---|---|---|
| 000001696 | ELLER, J.PRISCILL | 300.00 |
| 000001702 | HARRIS, DAVID C | 250.00 |
| 000001707 | PETERSON, LAWRENC | 1,800.00 |
| 000001727 | ANDERSON, RICHARD | 1,800.00 |
| 000001741 | MILLER, DONALD R | 1,000.00 |
| 000001749 | WARE, ROBERT H | 200.00 |
| 000001759 | WALLACE, ELIZABET | 300.00 |
| 000001763 | MADAMBA, ORLANDO | 1,700.00 |
| 000001764 | LEWIS, STEVEN J | 200.00 |
| 000001765 | PALMER, RALPH M | 200.00 |
| 000001766 | GORDON, WARREN G | 200.00 |
| 000001767 | JONES, MARY A | 200.00 |
| 000001769 | MACON, MARJORIE G | 800.00 |
| 000001770 | JAYANTY, SVS LAKS | 300.00 |
| 000001772 | HUNT, RODNEY P | 12,000.00 |
| 000001773 | DUNN, CHARLES D | 1,650.00 |
| 000001780 | O'BYRNE-LOWMILLER | 300.00 |
| 000001784 | MENDIZABAL, M. KI | 1,250.00 |
| 000001785 | BEIER, WILLIAM R | 1,500.00 |
| 000001787 | LAM, TINA N | 750.00 |
| 000001788 | PERRY, JOHN G | 4,000.00 |
| 000001799 | SMITH, ROBERT C | 1,400.00 |
| 000001810 | SMITH, GINA R | 500.00 |
| 000001814 | STOEGER, JON H | 1,500.00 |
| 000001815 | CALDWELL, CHARLES | 400.00 |
| 000001817 | BROWN, LARRY L | 108.28 |
| 000001822 | WINN, BRYCE R | 1,300.00 |
| 000001835 | CECILIO, RICHARD | 108.28 |
| 000001839 | BARBOUR, MARIA L | 4,000.00 |
| 000001858 | CHRISTENSEN, GRAC | 500.00 |
| 000001859 | GRISSOM,JR., CHAR | 500.00 |
| 000001871 | PETIT, DAVID P | 1,400.00 |
| 000001874 | BECKER, CHARLES E | 108.28 |
| 000001876 | LEONE, KENNETH C | 2,000.00 |
| 000001878 | THIGPEN, MICHAEL | 600.00 |
| 000001880 | CURTIS, GLENN A | 250.00 |
| 000001883 | LIPPINCOTT, EDWIN | 2,300.00 |
| 000001884 | KING, SHELLY R | 250.00 |
| 000001885 | MEE, SARA L | 108.28 |
| 000001890 | GREGORIO, JOEL | 250.00 |
| 000001891 | NOORDAM, KELLY G | 1,250.00 |
| 000001899 | DUNBAR, JANE M | 1,000.00 |
| 000001905 | ELLIS, CHARLES R | 108.28 |
| 000001906 | PODBIELSKI, ANN M | 108.28 |

1993FY BONUSES

PAY PERIODS: 10/01/1992 THRU 9/30/1993

| EMP NO | EMPLOYEE NAME | BONUSES PAID |
|---|---|---|
| 000001909 | CHABOT, LANCE R | 1,600.00 |
| 000001910 | PENDLETON, WAYNE | 108.28 |
| 000001911 | HAGAN, CORRINA M | 108.28 |
| 000001916 | COATS, RICHARD A | 500.00 |
| 000001917 | SMITH, NADINE C | 1,000.00 |
| 000001919 | KELLER, DAVID L | 300.00 |
| 000001920 | POWELL, ANGELINIT | 108.28 |
| 000001921 | ASUNCION, MARIE J | 108.28 |
| 000001924 | STRYMINSKI, THADD | 400.00 |
| 000001925 | WILSON, ROSEMARY | 108.28 |
| 000001926 | GEE, HELEN M | 108.28 |
| 000001931 | ELEMO, PAUL O | 1,250.00 |
| 000001935 | BROWN, DAVID E | 250.00 |
| 000001938 | CHASE, THOMAS A | 1,000.00 |
| 000001941 | DEVEAUX, SANDRA E | 200.00 |
| 000001943 | HALL, GERALD L | 108.28 |
| 000001944 | SHERMAN, RONALD V | 1,000.00 |
| 000001953 | GEOHAGAN, FRED A | 300.00 |
| 000001956 | STROOP, DAVID L | 2,250.00 |
| 000001957 | BASAK, CHRISTOPHE | 500.00 |
| 000001958 | REAVES,JR., WILLI | 2,300.00 |
| 000001960 | MANTHEY, JEROME H | 300.00 |
| 000001962 | PHILLIPS, LARN-HU | 500.00 |
| 000001963 | BAER, SHARON F | 300.00 |
| 000001967 | SALLEY, CHARLES M | 300.00 |
| 000001968 | PARKER, DERRELL A | 1,250.00 |
| 000001976 | CHAO, SHIRLEY H | 800.00 |
| 000001977 | SHAH, ALKA | 300.00 |
| 000001979 | WINKLER, RONALD L | 1,200.00 |
| 000001980 | MOLCHANY/CORCORAN | 108.28 |
| 000001982 | CLEVE, ROBERT J | 250.00 |
| 000001984 | ALLEN, TINA M | 500.00 |
| 000001988 | WATRO, EDWARD M | 300.00 |
| 000001994 | VAN HOUTEN, CONNI | 200.00 |
| 000001995 | MARSHALL,JR., ROB | 300.00 |
| 000001997 | BAKER, CHARLENE | 500.00 |
| 000001998 | COLE, DAVID J | 1,000.00 |
| 000001999 | SABATANO, MICHELE | 1,000.00 |
| 000002000 | GIBBON,JR., EDWAR | 125.00 |
| 000002002 | GILL, DENNIS L | 1,200.00 |
| 000002004 | COX, KIMBERLI M | 300.00 |
| 000002006 | BROWN, VANESSA S | 500.00 |
| 000002009 | WITCHER, LORA A | 500.00 |
| 000002012 | GAROFALO, ANN M | 500.00 |

1993FY BONUSES

PAY PERIODS: 10/01/1992 THRU 9/30/1993

| EMP NO | EMPLOYEE NAME | BONUSES PAID |
|---|---|---|
| 000002013 | RETTER, KEITH M | 500.00 |
| 000002014 | SELISKER, ELIZABE | 500.00 |
| 000002015 | CARNES, FREDERICK | 600.00 |
| 000002016 | BONDS, SHARON L | 300.00 |
| 000002018 | BROWN, RHONDA M | 300.00 |
| 000002021 | THOMPSON-BULLOCK, | 300.00 |
| 000002025 | BADER, MARK S | 250.00 |
| 000002027 | ISTFAN, GEORGE L | 800.00 |
| 000002029 | BAIR, STEVEN P | 275.00 |
| 000002035 | GOLDEN, DONALD C | 200.00 |
| 000002042 | WILLIAMS, DAVID L | 1,175.00 |
| 000002043 | MARQUAND, DONALD | 108.28 |
| 000002044 | TAYLOR, THOMAS E | 2,500.00 |
| 000002045 | GIUNTA, MARIE E | 500.00 |
| 000002046 | HABERBUSCH, ALAN | 250.00 |
| 000002048 | PIERCE, MARK A | 500.00 |
| 000002057 | ELLIS, ADRIENNE D | 700.00 |
| 000002059 | FULLER, ANITA D | 225.00 |
| 000002060 | CASTANON, ELIEZER | 225.00 |
| 000002061 | JOSEPH, JOAN E | 1,500.00 |
| 000002064 | ROGERS, TERRY A | 175.00 |
| 000002065 | BLYSTONE, BETTY L | 300.00 |
| 000002066 | HAFEY, JOHANNA L | 300.00 |
| 000002069 | HARRIS, ANGELA E | 200.00 |
| 000002070 | CIGAINERO, CHRIST | 200.00 |
| 000002071 | SKINNER, RICKY C | 500.00 |
| 000002072 | TOTH, PAUL C | 200.00 |
| 000002073 | HINSDALE, WILLIAM | 300.00 |
| 000002074 | WILKINS, JAMES G | 1,750.00 |
| 000002075 | ISSLER, SOMINA P | 200.00 |
| 000002076 | BARRA,SR., CRAIG | 108.28 |
| 000002080 | PIPER, GLEN H | 300.00 |
| 000002082 | ANTONELLI, MICHAE | 108.28 |
| 000002084 | GLASS, KEVIN B | 200.00 |
| 000002086 | HILMAR-REILLY, MA | 500.00 |
| 000002087 | KETTER, LAWRENCE | 1,675.00 |
| 000002088 | ONLY, RONALD L | 2,250.00 |
| 000002089 | GRAMM, ROBERT W | 175.00 |
| 000002091 | ZDANOWICZ, GARY E | 150.00 |
| 000002094 | HAMLIN, BRIAN L | 400.00 |
| 000002097 | JONES, DOUGLAS W | 250.00 |
| 000002098 | DAWSON, GARY A | 150.00 |
| 000002099 | CASTALDO, MARK D | 500.00 |
| 000002100 | GRIGSBY, ROBERT A | 250.00 |

1993FY BONUSES

PAY PERIODS: 10/01/1992 THRU 9/30/1993

| EMP NO | EMPLOYEE NAME | BONUSES PAID |
|---|---|---|
| 000002101 | TOBEY, JEFF A | 250.00 |
| 000002102 | BEATTIE, KIRSTEN | 250.00 |
| 000002105 | PHILLIPS, RONALD | 2,500.00 |
| 000002108 | CRIM, LESHA M | 125.00 |
| 000002110 | PACHECO, EFRAIN P | 2,058.00 |
| 000002113 | BRAINARD, MARLENE | 300.00 |
| 000002114 | MCBRIDE, GARY M | 108.28 |
| 000002115 | OSTRONIC, FRANCIS | 10,000.00 |
| 000002118 | MALONE, AUTUMN L | 108.28 |
| 000002120 | PROSCIA, JERRI L | 108.28 |
| 000002121 | LETHCOE, JACQUELY | 108.28 |
| 000002132 | WALLACE, DANNY R | 81.21 |
| 000002143 | ANDREW, CHARLES O | 54.14 |
| 000002146 | GLEASON, CRAIG J | 54.14 |
| 000002147 | KIME, CHRISTOPHER | 54.14 |
| 000002148 | RYAN, EDWARD G | 27.07 |
| 000002160 | MURRAY, JAMISON E | 27.07 |
| 000002162 | MEADOWS, SARAH A | 54.14 |
| 000002163 | COYLE, WILLIAM E | 2,500.00 |
| 000002164 | SHANEYFELT, STANL | 27.07 |
| 000002214 | CARGILL, DENNY B | 3,750.00 |

RUN DATE: ɪ5, 2002 - 14:38:46 CLB INFORMATION SYSTEMS & NETWOR :PORATION V4.02

1993FY BONUSES

PAY PERIODS: 10/01/1992 THRU 9/30/1993

| EMP NO | EMPLOYEE NAME | BONUSES PAID |
|---|---|---|
| GRAND TOTALS: | | 330,468.66 |

REPORT LAYOUT NAME: CLB10

SORT/RANGE OPTIONS USED IN REPORT:

EMPLOYEES: THRU ZZZZZZZZZ
EMP TYPE: H
DEPARTMENTS: ALL SORT #
UNION CODES: ALL SORT #
AGREEMENTS: ALL SORT #

COMPLETION DATE AND TIME: 11/15/2002 14:39:04

1994FY BONUSES

PAY PERIODS: 10/01/1993 THRU 9/30/1994

| EMP NO | EMPLOYEE NAME | BONUSES PAID |
|---|---|---|
| 000000149 | WHITLEY JR, JOHN | 10,000.00 |
| 000000743 | GWYNN-HAMLETT, TA | 500.00 |
| 000000877 | MINOR, ROBERT L | 2,000.00 |
| 000001039 | LYLES, SONYA D | 894.00 |
| 000001079 | WHITAKER, MARK A | 1,000.00 |
| 000001092 | ARSLAN, HILMI | 5,000.00 |
| 000001240 | HARRIS, TERYL H | 1,000.00 |
| 000001330 | BELCH, ALAN C | 2,500.00 |
| 000001334 | WRIGHT, LISA Y | 841.00 |
| 000001494 | LEJARDE, DULCE L | 500.00 |
| 000001506 | SHAW, ALLIEU M | 1,000.00 |
| 000001770 | JAYANTY, SVS LAKS | 500.00 |
| 000001787 | LAM, TINA N | 500.00 |
| 000001858 | CHRISTENSEN, GRAC | 500.00 |
| 000001861 | NICKENS, MARSHA J | 400.00 |
| 000001890 | GREGORIO, JOEL | 1,000.00 |
| 000001917 | SMITH, NADINE C | 1,000.00 |
| 000001953 | GEOHAGAN, FRED A | 978.00 |
| 000002006 | BROWN, VANESSA S | 500.00 |
| 000002027 | ISTFAN, GEORGE L | 750.00 |
| 000002057 | ELLIS, ADRIENNE D | 500.00 |
| 000002105 | PHILLIPS, RONALD | 2,500.00 |
| 000002127 | ALBERT, LYNN A | 500.00 |
| 000002163 | COYLE, WILLIAM E | 2,500.00 |
| 000002167 | WHETSTONE, JOHN E | 2,500.00 |
| 000002198 | THOMAS, WILLIAM T | 500.00 |
| 000002207 | GRAY, MICHAEL | 500.00 |
| 000002218 | AMSDEN, JOSEPH R | 500.00 |
| 000002222 | NENNINGER, PAUL D | 22,500.00 |
| 000002238 | SWEENEY, PAMELA S | 500.00 |
| 000002374 | FULLER,III, REX L | 5,000.00 |
| 000002411 | BHARWANI, MIKE K | 500.00 |
| 000002482 | SACHAR, STANLEY B | 500.00 |
| 000005018 | MUJAT, VALERIA M | 500.00 |
| 000005112 | ALEXANDER, CHESTE | 7,500.00 |
| 000005285 | RUSSO, MICHAEL C | 3,000.00 |

RUN DATE: 15, 2002 - 14:39:34 CLB INFORMATION SYSTEMS & NETWOF ?PORATION V4.02

1994FY BONUSES

PAY PERIODS: 10/01/1993 THRU 9/30/1994

| EMP NO | EMPLOYEE NAME | BONUSES PAID |
|---|---|---|
| GRAND TOTALS: | | 81,363.00 |

Same as collected during audit of 92-95

REPORT LAYOUT NAME: CLB10

SORT/RANGE OPTIONS USED IN REPORT:

EMPLOYEES: THRU ZZZZZZZZZ
EMP TYPE: H
DEPARTMENTS: ALL SORT #
UNION CODES: ALL SORT #
AGREEMENTS: ALL SORT #

COMPLETION DATE AND TIME: 11/15/2002 14:40:03

RUN DATE· .5, 2002 - 14:40:46 CLB INFORMATION SYSTEMS & NETWOR PORATION V4.02 

1995FY BONUSES

PAY PERIODS: 10/01/1994 THRU 9/30/1995

| EMP NO | EMPLOYEE NAME | BONUSES PAID |
|---|---|---|
| 000000100 | MALKANI, ROMA | 173,000.00 |
| 000000149 | WHITLEY JR, JOHN | 3,000.00 |
| 000000180 | HOLLOWAY, EL WAND | 600.00 |
| 000000234 | HOLMAN III, JOHN | 2,500.00 |
| 000000269 | MATTHEWS, BARRY | 5,000.00 |
| 000000435 | LINDSAY, GLORIA J | 1,000.00 |
| 000000476 | BENFIELD, GARLAND | 1,500.00 |
| 000000497 | JORDAN, DONALD R | 400.00 |
| 000000503 | ESPINOZA, SEGUNDO | 1,500.00 |
| 000000591 | BERG, CONRAD M | 800.00 |
| 000000672 | O'CONNELL, RUTH A | 1,000.00 |
| 000000730 | SISKOVIC, JOEL E | 1,200.00 |
| 000000758 | BLACKBURN, JOE E | 600.00 |
| 000000848 | FLYNN, DAVID J | 1,500.00 |
| 000000855 | MATTHEWS, STEPHAN | 750.00 |
| 000000877 | MINOR, ROBERT L | 1,500.00 |
| 000000896 | TRUELSON, EDGAR P | 200.00 |
| 000001039 | LYLES, SONYA D | 2,000.00 |
| 000001079 | WHITAKER, MARK A | 800.00 |
| 000001092 | ARSLAN, HILMI | 6,500.00 |
| 000001145 | PEREGORY, ANNIE M | 750.00 |
| 000001265 | SUCIK, SUSAN M | 400.00 |
| 000001330 | BELCH, ALAN C | 4,000.00 |
| 000001334 | WRIGHT, LISA Y | 3,000.00 |
| 000001494 | LEJARDE, DULCE L | 2,000.00 |
| 000001506 | SHAW, ALLIEU M | 11,000.00 |
| 000001524 | CROWN, DENNIS R | 750.00 |
| 000001534 | HONSAKER, GEORGE | 200.00 |
| 000001539 | DENNIS, BRUCE W | 3,000.00 |
| 000001557 | CEGIELSKI, RUDOLP | 700.00 |
| 000001566 | DAVIDSON, CHARLES | 400.00 |
| 000001575 | DUNTY, WILLIAM C | 750.00 |
| 000001577 | CRONK, MARK S | 500.00 |
| 000001611 | TURNER, ALVIN R | 4,000.00 |
| 000001649 | BERGQUIST, DAVID | 400.00 |
| 000001727 | ANDERSON, RICHARD | 400.00 |
| 000001763 | MADAMBA, ORLANDO | 500.00 |
| 000001773 | DUNN, CHARLES D | 300.00 |
| 000001786 | TAYLOR, LARRY R | 1,000.00 |
| 000001787 | LAM, TINA N | 1,000.00 |
| 000001822 | WINN, BRYCE R | 400.00 |
| 000001839 | BARBOUR, MARIA L | 2,500.00 |
| 000001861 | NICKENS, MARSHA J | 500.00 |
| 000001883 | LIPPINCOTT, EDWIN | 1,500.00 |