No. 04-481C
(Judge G. Miller)

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

INFORMATION SYSTEMS &
NETWORKS CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

APPENDIX, VOLUME NO. THREE,
DEFENDANT'S MOTION TO DISMISS

---

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

MARK A. MELNICK
Assistant Director

DAVID B. STINSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tele: (202) 307-0290
Fax: (202) 514-8624

Attorneys for Defendant

OF COUNSEL:

GREGORY T. ALLEN
Trial Attorney
Defense Contract
Management Agency
Manassas, Virginia

July 30, 2004

# Index to Appendix


| | Page |
|---|---|
| Declaration of John H. Svensson, dated July 27, 2004 . . . . . . | 1 |
| ISN's June 27, 2002 claim for settlement of indirect cost rates; Prompt Payment Act interest; unpaid fees, retainages, and contract costs; and increased contract ceilings . . . . . . . . . . . . . . . . . . | 6 |
| August 28, 2002 letter from the ACO to ISN . . . . . . . . . . | 16 |
| September 18, 2002 letter from the ACO to ISN . . . . . . . . . | 18 |
| September 19, 2002 electronic mail message from Charles Bonuccelli to the ACO . . . . . . . . . . . . . . . | 20 |
| October 25, 2002 letter from Charles Bonuccelli to the ACO . . . . . . . . . . . . . . . . . . . . . . . | 22 |
| November 19, 2002 letter from Charles Bonuccelli to the ACO . . . . . . . . . . . . . . . . . . . . . . . . | 23 |
| December 8, 2002 letter from the ACO to ISN . . . . . . . . . . | 66 |

1995FY BONUSES

PAY PERIODS: 10/01/1994 THRU 9/30/1995

| EMP NO | EMPLOYEE NAME | BONUSES PAID |
|---|---|---|
| 000001953 | GEOHAGAN, FRED A | 300.00 |
| 000001958 | REAVES,JR., WILLI | 700.00 |
| 000001980 | MOLCHANY/CORCORAN | 1,500.00 |
| 000001984 | ALLEN, TINA M | 400.00 |
| 000001999 | SABATANO, MICHELE | 1,000.00 |
| 000002006 | BROWN, VANESSA S | 1,500.00 |
| 000002029 | BAIR, STEVEN P | 400.00 |
| 000002046 | HABERBUSCH, ALAN | 100.00 |
| 000002071 | SKINNER, RICKY C | 1,000.00 |
| 000002078 | METZ,JR., JOHN R | 400.00 |
| 000002087 | KETTER, LAWRENCE | 400.00 |
| 000002120 | PROSCIA, JERRI L | 500.00 |
| 000002121 | LETHCOE, JACQUELY | 100.00 |
| 000002148 | RYAN, EDWARD G | 300.00 |
| 000002160 | MURRAY, JAMISON E | 300.00 |
| 000002161 | FRIGO, PHILLIP J | 400.00 |
| 000002164 | SHANEYFELT, STANL | 500.00 |
| 000002166 | COMPTON, RICHARD | 800.00 |
| 000002172 | MILES, ROBERT D | 400.00 |
| 000002174 | WHEELER, WAYNE R | 800.00 |
| 000002175 | PETERSEN, THOMAS | 600.00 |
| 000002194 | CHEN, ANDY C | 2,000.00 |
| 000002226 | MEYERS, STEPHEN L | 1,500.00 |
| 000002234 | CARD, EDWIN P | 750.00 |
| 000002385 | PLEINIS, RICHARD | 1,000.00 |
| 000002397 | PIRO, ADELE I | 500.00 |
| 000002406 | CAVANAGH, EMMET P | 5,000.00 |
| 000002407 | SKIPPER, STEVEN L | 1,500.00 |
| 000002423 | ROBERTS, STEVE E | 750.00 |
| 000002427 | ASKOUNES, MICHAEL | 1,500.00 |
| 000002432 | TARMANN, TIMOTHY | 750.00 |
| 000002437 | JOHNSON, VIRGIL J | 750.00 |
| 000002439 | MA, GEORGE R | 750.00 |
| 000002441 | DAHLSTROM, LYNN G | 1,000.00 |
| 000002446 | SCARPA, ROBERT W | 300.00 |
| 000002449 | CAMPBELL, WILLIAM | 400.00 |
| 000002453 | SIMPSON, ANTHONY | 2,000.00 |
| 000002456 | KNECHT, SUE ANN | 3,500.00 |
| 000002460 | BRAGD, BARBARA J | 100.00 |
| 000002461 | RUSSO, BARTOLO J | 750.00 |
| 000002467 | LIPCSEY, MICHAEL | 100.00 |
| 000002468 | JAMES, HELEN L | 1,000.00 |
| 000002474 | LUCE, JAMES M | 750.00 |
| 000002476 | MEADE, JAMES M | 750.00 |

1995FY BONUSES

PAY PERIODS: 10/01/1994 THRU 9/30/1995

| EMP NO | EMPLOYEE NAME | BONUSES PAID |
|---|---|---|
| 000002477 | GUDBRANDSSON, BOG | 250.00 |
| 000002481 | POLITIS, JOHN L | 5,000.00 |
| 000002482 | SACHAR, STANLEY B | 6,750.00 |
| 000002485 | CLOUSE, TERRY M | 250.00 |
| 000002486 | CRALL, STEPHEN J | 4,500.00 |
| 000002487 | SHEVCHIK, DOUGLAS | 3,250.00 |
| 000002489 | ATKINSON,JR., ROB | 100.00 |
| 000002496 | WILSON, DAMON A | 500.00 |
| 000002505 | WESTERLING, ANTHO | 5,000.00 |
| 000002527 | FOSTER, ROGER A | 400.00 |
| 000002534 | MESSERLI, GLENN E | 100.00 |
| 000002535 | WILSON, M.GARY | 100.00 |
| 000002536 | SCHILLER, STEFANI | 300.00 |
| 000002539 | SCOTT, JON D | 2,500.00 |
| 000002542 | SMITH, JEFFREY D | 1,750.00 |
| 000002543 | FLYNN, CHRISTOPHI | 400.00 |
| 000002551 | PURI, VINEET | 1,750.00 |
| 000005022 | AUNE-IVERSEN, ERI | 1,000.00 |
| 000005031 | NAGPAL, ARVIND | 1,000.00 |
| 000005036 | MCCORKLE, THOMAS | 1,500.00 |
| 000005048 | LEWIS, EDWARD E | 1,000.00 |
| 000005051 | GARNER, DAWN M | 500.00 |
| 000005093 | EVANS, SHERRIE A | 500.00 |
| 000005118 | GOLA, JOSEPH J | 1,000.00 |
| 000005119 | FRASURE, EDDIE R | 1,000.00 |
| 000005131 | COLE, DANA R | 500.00 |
| 000005152 | DANIELS, DARYEL C | 1,500.00 |
| 000005157 | SMITH, BRENDA L | 500.00 |
| 000005159 | STROUD, MICHAEL D | 500.00 |
| 000005160 | MYLES, DANA D | 500.00 |
| 000005224 | JOHNSON,JR., MEBA | 1,500.00 |
| 000005225 | MACNABB, JERRY L | 500.00 |
| 000005234 | BROWN, BRUCE D | 2,500.00 |
| 000005235 | WOOD, CYNTHIA K | 500.00 |
| 000005241 | BIENSTOCK, RACHEL | 3,500.00 |
| 000005242 | VANCE, JOSEPH E | 500.00 |
| 000005255 | STAFFA, NICKOLAS | 2,500.00 |
| 000005316 | WHITE, THOMAS M | 2,000.00 |
| 000005359 | GARRETT, RICHARD | 2,000.00 |
| 000005368 | BARBER, JOHN S | 2,000.00 |

RUN DATE: 15, 2002 - 14:40:46 CLB INFORMATION SYSTEMS & NETWOR RPORATION V4.02 PAGE 0000

1995FY BONUSES

PAY PERIODS: 10/01/1994 THRU 9/30/1995

| EMP NO | EMPLOYEE NAME | BONUSES PAID |
|---|---|---|
| GRAND TOTALS: | | 346,500.00 |

Same as collected during audit of 1992-95

REPORT LAYOUT NAME: CLB10

SORT/RANGE OPTIONS USED IN REPORT:

EMPLOYEES: THRU ZZZZZZZZZ
EMP TYPE: H
DEPARTMENTS: ALL SORT #
UNION CODES: ALL SORT #
AGREEMENTS: ALL SORT #

COMPLETION DATE AND TIME: 11/15/2002 14:41:15

(3B)

PAGE 0000

RUN DATE: 15, 2002 - 14:18:11 CLB INFORMATION SYSTEMS & NETWO RPORATION V4.02

1992 BONUSES

PAY PERIODS: 1/01/1992 THRU 12/31/1992

provided with Nov 19 letter

| EMP NO | EMPLOYEE NAME | BONUSES PAID |
|---|---|---|
| 000000106 | AUSTIN, RONALD | 3,500.00 |
| 000000116 | FRITZ, JAMES | 2,500.00 |
| 000000148 | CHAPMAN, ROBERT | 3,000.00 |
| 000000149 | WHITLEY JR, JOHN | 20,000.00 |
| 000000180 | HOLLOWAY, EL WAND | 800.00 |
| 000000184 | HARGROVE, RICHARD | 1,000.00 |
| 000000188 | WROTH, JAMES | 11,000.00 |
| 000000222 | HENDRICKS, KAREN | 1,000.00 |
| 000000234 | HOLMAN III, JOHN | 12,000.00 |
| 000000269 | MATTHEWS, BARRY | 8,000.00 |
| 000000274 | PYNE, VICKI R | 500.00 |
| 000000281 | SWANN, VIRGINIA M | 500.00 |
| 000000329 | KLINGENSMITH, LES | 2,000.00 |
| 000000345 | DORN, RICHARD C | 1,750.00 |
| 000000364 | PARKER, JACQUELIN | 250.00 |
| 000000379 | NASSAU, THOMAS | 108.28 |
| 000000381 | BRANDON, RUSSELL | 3,250.00 |
| 000000435 | LINDSAY, GLORIA J | 750.00 |
| 000000456 | HICKEY, JAMES K | 1,500.00 |
| 000000474 | LEDFORD, FINLEY P | 500.00 |
| 000000503 | ESPINOZA, SEGUNDO | 750.00 |
| 000000672 | O'CONNELL, RUTH A | 4,000.00 |
| 000000683 | MCCARTY, ELAINE M | 4,000.00 |
| 000000712 | SAWYER, DEBORAH E | 1,500.00 |
| 000000730 | SISKOVIC, JOEL E | 750.00 |
| 000000743 | GWYNN-HAMLETT, TA | 500.00 |
| 000000789 | CZECHA, VINCENT J | 350.00 |
| 000000848 | FLYNN, DAVID J | 2,000.00 |
| 000000855 | MATTHEWS, STEPHAN | 108.28 |
| 000000862 | BANGSBERG, KENNET | 1,000.00 |
| 000000876 | BURY, ROBERT E | 1,000.00 |
| 000000877 | MINOR, ROBERT L | 1,500.00 |
| 000000878 | HART, SUSAN H | 1,000.00 |
| 000000880 | NICHOLSON, GLORIA | 500.00 |
| 000000905 | FUTRELL, EDITH B | 500.00 |
| 000000926 | WILLIAMSON, THOMA | 4,000.00 |
| 000001039 | LYLES, SONYA D | 1,750.00 |
| 000001079 | WHITAKER, MARK A | 1,000.00 |
| 000001092 | ARSLAN, HILMI | 15,000.00 |
| 000001105 | OLIVER, LOUIS R | 25,000.00 |
| 000001120 | AMEY, WILLIAM S | 18,000.00 |
| 000001145 | PEREGORY, ANNIE M | 250.00 |
| 000001159 | BENTON, GINELLE A | 250.00 |
| 000001160 | POPE, TAMMY V | 108.28 |

These are Bonuses Paid by Calendar Year

CY92 325,218.66
CY93 53,500.00
CY94 178,863.00 (Adjusted for Exec. Comp)
CY95 228,950.00 (Adjusted for Exec Comp)
$ 786,531.66

1992 BONUSES

PAY PERIODS: 1/01/1992 THRU 12/31/1992

| EMP NO | EMPLOYEE NAME | BONUSES PAID |
|---|---|---|
| 000001169 | SILEO, LEN P | 400.00 |
| 000001216 | KEEN, CHARLES A | 1,500.00 |
| 000001240 | HARRIS, TERYL H | 600.00 |
| 000001259 | FITZENRIDER, SUSA | 300.00 |
| 000001327 | PASCARAN, LORENZO | 1,500.00 |
| 000001334 | WRIGHT, LISA Y | 2,750.00 |
| 000001383 | BEKE, AMON E | 108.28 |
| 000001387 | LAIRD,Jr, ROBERT | 108.28 |
| 000001392 | MILLER, SCOTT E | 300.00 |
| 000001411 | COCHRAN, PAULA H | 200.00 |
| 000001420 | OLIVAREZ, ARMANDO | 1,250.00 |
| 000001438 | HOUSTON, JEFFREY | 400.00 |
| 000001439 | HOWARD, LARRY | 200.00 |
| 000001455 | CROWLEY, JOHN S | 1,500.00 |
| 000001457 | NORFOLK-MILLS, DO | 300.00 |
| 000001462 | WALCOTT, AUBREY B | 2,250.00 |
| 000001494 | LEJARDE, DULCE L | 2,000.00 |
| 000001506 | SHAW, ALLIEU M | 7,000.00 |
| 000001511 | DIXON JR, D.ALLEN | 500.00 |
| 000001524 | CROWN, DENNIS R | 750.00 |
| 000001533 | RUBINSTEIN, HERBE | 6,000.00 |
| 000001534 | HONSAKER, GEORGE | 500.00 |
| 000001539 | DENNIS, BRUCE W | 3,500.00 |
| 000001542 | HARTWELL, DONALD | 300.00 |
| 000001543 | SHARP, JIMMY R | 300.00 |
| 000001556 | WEATHERSPOON, BRE | 300.00 |
| 000001557 | CEGIELSKI, RUDOLP | 1,500.00 |
| 000001558 | MORGAN, DONALD H | 300.00 |
| 000001566 | DAVIDSON, CHARLES | 1,200.00 |
| 000001575 | DUNTY, WILLIAM C | 750.00 |
| 000001577 | CRONK, MARK S | 300.00 |
| 000001587 | BUSH, JAY F | 300.00 |
| 000001595 | CORNISH, PAUL W | 1,250.00 |
| 000001600 | RAMSEY, DAVID B | 108.28 |
| 000001603 | TRAN, PHUONG K | 108.28 |
| 000001611 | TURNER, ALVIN R | 5,000.00 |
| 000001624 | BOGEMANN, LAWRENC | 500.00 |
| 000001630 | MCMANUS, THOMAS P | 108.28 |
| 000001637 | MURPHY, PATRICK R | 108.28 |
| 000001649 | BERGQUIST, DAVID | 300.00 |
| 000001650 | BALDWIN, LEO S | 300.00 |
| 000001657 | DRAKE, ALAN W | 1,400.00 |
| 000001674 | WINTERS, ROBERT N | 108.28 |
| 000001691 | RISCH, GREGORY M | 2,000.00 |

1992 BONUSES

PAY PERIODS: 1/01/1992 THRU 12/31/1992

| EMP NO | EMPLOYEE NAME | BONUSES PAID |
|---|---|---|
| 000001695 | RISCH, M.SUE | 300.00 |
| 000001696 | ELLER, J.PRISCILL | 300.00 |
| 000001702 | HARRIS, DAVID C | 250.00 |
| 000001707 | PETERSON, LAWRENC | 1,800.00 |
| 000001727 | ANDERSON, RICHARD | 1,800.00 |
| 000001741 | MILLER, DONALD R | 1,000.00 |
| 000001749 | WARE, ROBERT H | 200.00 |
| 000001759 | WALLACE, ELIZABET | 300.00 |
| 000001763 | MADAMBA, ORLANDO | 1,700.00 |
| 000001764 | LEWIS, STEVEN J | 200.00 |
| 000001765 | PALMER, RALPH M | 200.00 |
| 000001766 | GORDON, WARREN G | 200.00 |
| 000001767 | JONES, MARY A | 200.00 |
| 000001769 | MACON, MARJORIE G | 800.00 |
| 000001770 | JAYANTY, SVS LAKS | 300.00 |
| 000001772 | HUNT, RODNEY P | 12,000.00 |
| 000001773 | DUNN, CHARLES D | 1,650.00 |
| 000001780 | O'BYRNE-LOWMILLER | 300.00 |
| 000001784 | MENDIZABAL, M. KI | 1,250.00 |
| 000001785 | BEIER, WILLIAM R | 1,500.00 |
| 000001787 | LAM, TINA N | 750.00 |
| 000001788 | PERRY, JOHN G | 4,000.00 |
| 000001799 | SMITH, ROBERT C | 1,400.00 |
| 000001810 | SMITH, GINA R | 500.00 |
| 000001814 | STOEGER, JON H | 1,500.00 |
| 000001815 | CALDWELL, CHARLES | 400.00 |
| 000001817 | BROWN, LARRY L | 108.28 |
| 000001822 | WINN, BRYCE R | 1,300.00 |
| 000001835 | CECILIO, RICHARD | 108.28 |
| 000001839 | BARBOUR, MARIA L | 4,000.00 |
| 000001858 | CHRISTENSEN, GRAC | 500.00 |
| 000001859 | GRISSOM,JR., CHAR | 500.00 |
| 000001871 | PETIT, DAVID P | 1,400.00 |
| 000001874 | BECKER, CHARLES E | 108.28 |
| 000001876 | LEONE, KENNETH C | 2,000.00 |
| 000001878 | THIGPEN, MICHAEL | 600.00 |
| 000001880 | CURTIS, GLENN A | 250.00 |
| 000001883 | LIPPINCOTT, EDWIN | 2,300.00 |
| 000001884 | KING, SHELLY R | 250.00 |
| 000001885 | MEE, SARA L | 108.28 |
| 000001890 | GREGORIO, JOEL | 250.00 |
| 000001891 | NOORDAM, KELLY G | 1,250.00 |
| 000001899 | DUNBAR, JANE M | 1,000.00 |
| 000001905 | ELLIS, CHARLES R | 108.28 |

1992 BONUSES

PAY PERIODS: 1/01/1992 THRU 12/31/1992

| EMP NO | EMPLOYEE NAME | BONUSES PAID |
|---|---|---|
| 000001906 | PODBIELSKI, ANN M | 108.28 |
| 000001909 | CHABOT, LANCE R | 1,600.00 |
| 000001910 | PENDLETON, WAYNE | 108.28 |
| 000001911 | HAGAN, CORRINA M | 108.28 |
| 000001916 | COATS, RICHARD A | 500.00 |
| 000001917 | SMITH, NADINE C | 1,000.00 |
| 000001919 | KELLER, DAVID L | 300.00 |
| 000001920 | POWELL, ANGELINIT | 108.28 |
| 000001921 | ASUNCION, MARIE J | 108.28 |
| 000001924 | STRYMINSKI, THADD | 400.00 |
| 000001925 | WILSON, ROSEMARY | 108.28 |
| 000001926 | GEE, HELEN M | 108.28 |
| 000001931 | ELEMO, PAUL O | 1,250.00 |
| 000001935 | BROWN, DAVID E | 250.00 |
| 000001938 | CHASE, THOMAS A | 1,000.00 |
| 000001941 | DEVEAUX, SANDRA E | 200.00 |
| 000001943 | HALL, GERALD L | 108.28 |
| 000001944 | SHERMAN, RONALD V | 1,000.00 |
| 000001953 | GEOHAGAN, FRED A | 300.00 |
| 000001956 | STROOP, DAVID L | 2,250.00 |
| 000001957 | BASAK, CHRISTOPHE | 500.00 |
| 000001958 | REAVES,JR., WILLI | 2,300.00 |
| 000001960 | MANTHEY, JEROME H | 300.00 |
| 000001962 | PHILLIPS, LARN-HU | 500.00 |
| 000001963 | BAER, SHARON F | 300.00 |
| 000001967 | SALLEY, CHARLES M | 300.00 |
| 000001968 | PARKER, DERRELL A | 1,250.00 |
| 000001976 | CHAO, SHIRLEY H | 800.00 |
| 000001977 | SHAH, ALKA | 300.00 |
| 000001979 | WINKLER, RONALD L | 1,200.00 |
| 000001980 | MOLCHANY/CORCORAN | 108.28 |
| 000001982 | CLEVE, ROBERT J | 250.00 |
| 000001984 | ALLEN, TINA M | 500.00 |
| 000001988 | WATRO, EDWARD M | 300.00 |
| 000001994 | VAN HOUTEN, CONNI | 200.00 |
| 000001995 | MARSHALL,JR., ROB | 300.00 |
| 000001997 | BAKER, CHARLENE | 500.00 |
| 000001998 | COLE, DAVID J | 1,000.00 |
| 000001999 | SABATANO, MICHELE | 1,000.00 |
| 000002000 | GIBBON,JR., EDWAR | 125.00 |
| 000002002 | GILL, DENNIS L | 1,200.00 |
| 000002004 | COX, KIMBERLI M | 300.00 |
| 000002006 | BROWN, VANESSA S | 500.00 |
| 000002009 | WITCHER, LORA A | 500.00 |

50

1992 BONUSES

PAY PERIODS: 1/01/1992 THRU 12/31/1992

| EMP NO | EMPLOYEE NAME | BONUSES PAID |
|---|---|---|
| 000002012 | GAROFALO, ANN M | 500.00 |
| 000002013 | RETTER, KEITH M | 500.00 |
| 000002014 | SELISKER, ELIZABE | 500.00 |
| 000002015 | CARNES, FREDERICK | 600.00 |
| 000002016 | BONDS, SHARON L | 300.00 |
| 000002018 | BROWN, RHONDA M | 300.00 |
| 000002021 | THOMPSON-BULLOCK, | 300.00 |
| 000002025 | BADER, MARK S | 250.00 |
| 000002027 | ISTFAN, GEORGE L | 800.00 |
| 000002029 | BAIR, STEVEN P | 275.00 |
| 000002035 | GOLDEN, DONALD C | 200.00 |
| 000002042 | WILLIAMS, DAVID L | 1,175.00 |
| 000002043 | MARQUAND, DONALD | 108.28 |
| 000002044 | TAYLOR, THOMAS E | 2,500.00 |
| 000002045 | GIUNTA, MARIE E | 500.00 |
| 000002046 | HABERBUSCH, ALAN | 250.00 |
| 000002048 | PIERCE, MARK A | 500.00 |
| 000002057 | ELLIS, ADRIENNE D | 700.00 |
| 000002059 | FULLER, ANITA D | 225.00 |
| 000002060 | CASTANON, ELIEZER | 225.00 |
| 000002061 | JOSEPH, JOAN E | 1,500.00 |
| 000002064 | ROGERS, TERRY A | 175.00 |
| 000002065 | BLYSTONE, BETTY L | 300.00 |
| 000002066 | HAFEY, JOHANNA L | 300.00 |
| 000002069 | HARRIS, ANGELA E | 200.00 |
| 000002070 | CIGAINERO, CHRIST | 200.00 |
| 000002071 | SKINNER, RICKY C | 500.00 |
| 000002072 | TOTH, PAUL C | 200.00 |
| 000002073 | HINSDALE, WILLIAM | 300.00 |
| 000002074 | WILKINS, JAMES G | 1,750.00 |
| 000002075 | ISSLER, SOMINA P | 200.00 |
| 000002076 | BARRA,SR., CRAIG | 108.28 |
| 000002080 | PIPER, GLEN H | 300.00 |
| 000002082 | ANTONELLI, MICHAE | 108.28 |
| 000002084 | GLASS, KEVIN B | 200.00 |
| 000002086 | HILMAR-REILLY, MA | 500.00 |
| 000002087 | KETTER, LAWRENCE | 1,675.00 |
| 000002088 | ONLY, RONALD L | 2,250.00 |
| 000002089 | GRAMM, ROBERT W | 175.00 |
| 000002091 | ZDANOWICZ, GARY E | 150.00 |
| 000002094 | HAMLIN, BRIAN L | 400.00 |
| 000002097 | JONES, DOUGLAS W | 250.00 |
| 000002098 | DAWSON, GARY A | 150.00 |
| 000002099 | CASTALDO, MARK D | 500.00 |

1992 BONUSES

PAY PERIODS: 1/01/1992 THRU 12/31/1992

| EMP NO | EMPLOYEE NAME | BONUSES PAID |
|---|---|---|
| 000002100 | GRIGSBY, ROBERT A | 250.00 |
| 000002101 | TOBEY, JEFF A | 250.00 |
| 000002102 | BEATTIE, KIRSTEN | 250.00 |
| 000002105 | PHILLIPS, RONALD | 2,500.00 |
| 000002108 | CRIM, LESHA M | 125.00 |
| 000002110 | PACHECO, EFRAIN P | 2,058.00 |
| 000002113 | BRAINARD, MARLENE | 300.00 |
| 000002114 | MCBRIDE, GARY M | 108.28 |
| 000002115 | OSTRONIC, FRANCIS | 10,000.00 |
| 000002118 | MALONE, AUTUMN L | 108.28 |
| 000002120 | PROSCIA, JERRI L | 108.28 |
| 000002121 | LETHCOE, JACQUELY | 108.28 |
| 000002132 | WALLACE, DANNY R | 81.21 |
| 000002143 | ANDREW, CHARLES O | 54.14 |
| 000002146 | GLEASON, CRAIG J | 54.14 |
| 000002147 | KIME, CHRISTOPHER | 54.14 |
| 000002148 | RYAN, EDWARD G | 27.07 |
| 000002160 | MURRAY, JAMISON E | 27.07 |
| 000002162 | MEADOWS, SARAH A | 54.14 |
| 000002164 | SHANEYFELT, STANL | 27.07 |

1992 BONUSES

PAY PERIODS: 1/01/1992 THRU 12/31/1992

| EMP NO | EMPLOYEE NAME | BONUSES PAID |
|---|---|---|
| GRAND TOTALS: | | 325,218.66 |

REPORT LAYOUT NAME: CLB10

SORT/RANGE OPTIONS USED IN REPORT:

EMPLOYEES: THRU ZZZZZZZZZ
EMP TYPE: H
DEPARTMENTS: ALL SORT #
UNION CODES: ALL SORT #
AGREEMENTS: ALL SORT #

COMPLETION DATE AND TIME: 11/15/2002 14:18:28

1993 BONUSES

PAY PERIODS: 1/01/1993 THRU 12/31/1993

| EMP NO | EMPLOYEE NAME | BONUSES PAID |
|---|---|---|
| 000000149 | WHITLEY JR, JOHN | 10,000.00 |
| 000000743 | GWYNN-HAMLETT, TA | 500.00 |
| 000000877 | MINOR, ROBERT L | 2,000.00 |
| 000001079 | WHITAKER, MARK A | 1,000.00 |
| 000001092 | ARSLAN, HILMI | 5,000.00 |
| 000001240 | HARRIS, TERYL H | 1,000.00 |
| 000001330 | BELCH, ALAN C | 2,500.00 |
| 000001770 | JAYANTY, SVS LAKS | 500.00 |
| 000001858 | CHRISTENSEN, GRAC | 500.00 |
| 000001917 | SMITH, NADINE C | 1,000.00 |
| 000002027 | ISTFAN, GEORGE L | 750.00 |
| 000002057 | ELLIS, ADRIENNE D | 500.00 |
| 000002105 | PHILLIPS, RONALD | 2,500.00 |
| 000002127 | ALBERT, LYNN A | 500.00 |
| 000002163 | COYLE, WILLIAM E | 5,000.00 |
| 000002167 | WHETSTONE, JOHN E | 2,500.00 |
| 000002198 | THOMAS, WILLIAM T | 500.00 |
| 000002214 | CARGILL, DENNY B | 3,750.00 |
| 000002222 | NENNINGER, PAUL D | 7,500.00 |
| 000002238 | SWEENEY, PAMELA S | 500.00 |
| 000002374 | FULLER,III, REX L | 5,000.00 |
| 000005018 | MUJAT, VALERIA M | 500.00 |

1993 BONUSES

PAY PERIODS: 1/01/1993 THRU 12/31/1993

| EMP NO | EMPLOYEE NAME | BONUSES PAID |
| --- | --- | --- |
| GRAND TOTALS: | | 53,500.00 |

REPORT LAYOUT NAME: CLB10

SORT/RANGE OPTIONS USED IN REPORT:

EMPLOYEES: THRU ZZZZZZZZZ
EMP TYPE: H
DEPARTMENTS: ALL SORT #
UNION CODES: ALL SORT #
AGREEMENTS: ALL SORT #

COMPLETION DATE AND TIME: 11/15/2002 14:19:18

1994 BONUSES

PAY PERIODS: 1/01/1994 THRU 12/31/1994

| EMP NO | EMPLOYEE NAME | BONUSES PAID |
|---|---|---|
| 000000100 | MALKANI, ROMA | 173,000.00 |
| 000000149 | WHITLEY JR, JOHN | 3,000.00 |
| 000000180 | HOLLOWAY, EL WAND | 600.00 |
| 000000234 | HOLMAN III, JOHN | 2,500.00 |
| 000000269 | MATTHEWS, BARRY | 5,000.00 |
| 000000435 | LINDSAY, GLORIA J | 1,000.00 |
| 000000497 | JORDAN, DONALD R | 400.00 |
| 000000503 | ESPINOZA, SEGUNDO | 1,500.00 |
| 000000591 | BERG, CONRAD M | 800.00 |
| 000000672 | O'CONNELL, RUTH A | 1,000.00 |
| 000000730 | SISKOVIC, JOEL E | 1,200.00 |
| 000000758 | BLACKBURN, JOE E | 600.00 |
| 000000848 | FLYNN, DAVID J | 1,500.00 |
| 000000855 | MATTHEWS, STEPHAN | 750.00 |
| 000000877 | MINOR, ROBERT L | 1,500.00 |
| 000000896 | TRUELSON, EDGAR P | 200.00 |
| 000001039 | LYLES, SONYA D | 2,894.00 |
| 000001079 | WHITAKER, MARK A | 800.00 |
| 000001092 | ARSLAN, HILMI | 5,000.00 |
| 000001145 | PEREGORY, ANNIE M | 750.00 |
| 000001265 | SUCIK, SUSAN M | 400.00 |
| 000001330 | BELCH, ALAN C | 2,000.00 |
| 000001334 | WRIGHT, LISA Y | 3,841.00 |
| 000001494 | LEJARDE, DULCE L | 2,500.00 |
| 000001506 | SHAW, ALLIEU M | 6,000.00 |
| 000001524 | CROWN, DENNIS R | 750.00 |
| 000001534 | HONSAKER, GEORGE | 200.00 |
| 000001539 | DENNIS, BRUCE W | 3,000.00 |
| 000001557 | CEGIELSKI, RUDOLP | 700.00 |
| 000001566 | DAVIDSON, CHARLES | 400.00 |
| 000001575 | DUNTY, WILLIAM C | 750.00 |
| 000001577 | CRONK, MARK S | 500.00 |
| 000001611 | TURNER, ALVIN R | 4,000.00 |
| 000001649 | BERGQUIST, DAVID | 400.00 |
| 000001727 | ANDERSON, RICHARD | 400.00 |
| 000001763 | MADAMBA, ORLANDO | 500.00 |
| 000001773 | DUNN, CHARLES D | 300.00 |
| 000001786 | TAYLOR, LARRY R | 1,000.00 |
| 000001787 | LAM, TINA N | 1,500.00 |
| 000001822 | WINN, BRYCE R | 400.00 |
| 000001839 | BARBOUR, MARIA L | 2,500.00 |
| 000001861 | NICKENS, MARSHA J | 900.00 |
| 000001883 | LIPPINCOTT, EDWIN | 1,500.00 |
| 000001890 | GREGORIO, JOEL | 1,000.00 |

1994 BONUSES

PAY PERIODS: 1/01/1994 THRU 12/31/1994

| EMP NO | EMPLOYEE NAME | BONUSES PAID |
|---|---|---|
| 000001953 | GEOHAGAN, FRED A | 1,278.00 |
| 000001958 | REAVES,JR., WILLI | 700.00 |
| 000001980 | MOLCHANY/CORCORAN | 1,500.00 |
| 000001984 | ALLEN, TINA M | 400.00 |
| 000001999 | SABATANO, MICHELE | 1,000.00 |
| 000002006 | BROWN, VANESSA S | 2,000.00 |
| 000002029 | BAIR, STEVEN P | 400.00 |
| 000002046 | HABERBUSCH, ALAN | 100.00 |
| 000002071 | SKINNER, RICKY C | 1,000.00 |
| 000002078 | METZ,JR., JOHN R | 400.00 |
| 000002087 | KETTER, LAWRENCE | 400.00 |
| 000002120 | PROSCIA, JERRI L | 500.00 |
| 000002121 | LETHCOE, JACQUELY | 100.00 |
| 000002148 | RYAN, EDWARD G | 300.00 |
| 000002160 | MURRAY, JAMISON E | 300.00 |
| 000002161 | FRIGO, PHILLIP J | 400.00 |
| 000002164 | SHANEYFELT, STANL | 500.00 |
| 000002166 | COMPTON, RICHARD | 800.00 |
| 000002172 | MILES, ROBERT D | 400.00 |
| 000002174 | WHEELER, WAYNE R | 800.00 |
| 000002175 | PETERSEN, THOMAS | 600.00 |
| 000002194 | CHEN, ANDY C | 2,000.00 |
| 000002207 | GRAY, MICHAEL | 500.00 |
| 000002218 | AMSDEN, JOSEPH R | 500.00 |
| 000002222 | NENNINGER, PAUL D | 15,000.00 |
| 000002226 | MEYERS, STEPHEN L | 1,500.00 |
| 000002234 | CARD, EDWIN P | 750.00 |
| 000002385 | PLEINIS, RICHARD | 1,000.00 |
| 000002397 | PIRO, ADELE I | 500.00 |
| 000002406 | CAVANAGH, EMMET P | 5,000.00 |
| 000002407 | SKIPPER, STEVEN L | 1,500.00 |
| 000002411 | BHARWANI, MIKE K | 500.00 |
| 000002423 | ROBERTS, STEVE E | 750.00 |
| 000002427 | ASKOUNES, MICHAEL | 1,500.00 |
| 000002432 | TARMANN, TIMOTHY | 750.00 |
| 000002437 | JOHNSON, VIRGIL J | 750.00 |
| 000002439 | MA, GEORGE R | 750.00 |
| 000002441 | DAHLSTROM, LYNN G | 1,000.00 |
| 000002446 | SCARPA, ROBERT W | 300.00 |
| 000002449 | CAMPBELL, WILLIAM | 400.00 |
| 000002453 | SIMPSON, ANTHONY | 2,000.00 |
| 000002456 | KNECHT, SUE ANN | 3,500.00 |
| 000002460 | BRAGD, BARBARA J | 100.00 |
| 000002461 | RUSSO, BARTOLO J | 750.00 |

1994 BONUSES

PAY PERIODS: 1/01/1994 THRU 12/31/1994

| EMP NO | EMPLOYEE NAME | BONUSES PAID |
|---|---|---|
| 000002467 | LIPCSEY, MICHAEL | 100.00 |
| 000002468 | JAMES, HELEN L | 1,000.00 |
| 000002474 | LUCE, JAMES M | 750.00 |
| 000002476 | MEADE, JAMES M | 750.00 |
| 000002477 | GUDBRANDSSON, BOG | 250.00 |
| 000002481 | POLITIS, JOHN L | 5,000.00 |
| 000002482 | SACHAR, STANLEY B | 6,500.00 |
| 000002485 | CLOUSE, TERRY M | 250.00 |
| 000002486 | CRALL, STEPHEN J | 3,000.00 |
| 000002487 | SHEVCHIK, DOUGLAS | 2,500.00 |
| 000002489 | ATKINSON,JR., ROB | 100.00 |
| 000002496 | WILSON, DAMON A | 500.00 |
| 000002505 | WESTERLING, ANTHO | 5,000.00 |
| 000002527 | FOSTER, ROGER A | 400.00 |
| 000002534 | MESSERLI, GLENN E | 100.00 |
| 000002535 | WILSON, M.GARY | 100.00 |
| 000002536 | SCHILLER, STEFANI | 300.00 |
| 000002539 | SCOTT, JON D | 1,500.00 |
| 000002542 | SMITH, JEFFREY D | 750.00 |
| 000002543 | FLYNN, CHRISTOPHI | 400.00 |
| 000002551 | PURI, VINEET | 1,000.00 |
| 000005022 | AUNE-IVERSEN, ERI | 1,000.00 |
| 000005031 | NAGPAL, ARVIND | 1,000.00 |
| 000005036 | MCCORKLE, THOMAS | 1,500.00 |
| 000005048 | LEWIS, EDWARD E | 1,000.00 |
| 000005051 | GARNER, DAWN M | 500.00 |
| 000005093 | EVANS, SHERRIE A | 500.00 |
| 000005112 | ALEXANDER, CHESTE | 7,500.00 |
| 000005118 | GOLA, JOSEPH J | 1,000.00 |
| 000005119 | FRASURE, EDDIE R | 1,000.00 |
| 000005131 | COLE, DANA R | 500.00 |
| 000005152 | DANIELS, DARYEL C | 1,500.00 |
| 000005157 | SMITH, BRENDA L | 500.00 |
| 000005159 | STROUD, MICHAEL D | 500.00 |
| 000005160 | MYLES, DANA D | 500.00 |
| 000005224 | JOHNSON,JR., MEBA | 1,500.00 |
| 000005225 | MACNABB, JERRY L | 500.00 |
| 000005235 | WOOD, CYNTHIA K | 500.00 |
| 000005241 | BIENSTOCK, RACHEL | 500.00 |
| 000005242 | VANCE, JOSEPH E | 500.00 |
| 000005285 | RUSSO, MICHAEL C | 3,000.00 |
| 000005316 | WHITE, THOMAS M | 2,000.00 |

RUN DATE: 15, 2002 - 14:20:53 CLB INFORMATION SYSTEMS & NETWOI ?PORATION V4.02

1994 BONUSES

PAY PERIODS: 1/01/1994 THRU 12/31/1994

| EMP NO | EMPLOYEE NAME | BONUSES PAID |
|---|---|---|
| GRAND TOTALS: | | 351,863.00 |
| | | 173,000 |
| | | 178,563 |

REPORT LAYOUT NAME: CLB10

SORT/RANGE OPTIONS USED IN REPORT:

EMPLOYEES: THRU ZZZZZZZZZ
EMP TYPE: H
DEPARTMENTS: ALL SORT #
UNION CODES: ALL SORT #
AGREEMENTS: ALL SORT #

COMPLETION DATE AND TIME: 11/15/2002 14:21:23

1995 BONUSES

PAY PERIODS: 1/01/1995 THRU 12/31/1995

| EMP NO | EMPLOYEE NAME | BONUSES PAID |
|---|---|---|
| 000000100 | MALKANI, ROMA | 771,289.47 |
| 000000180 | HOLLOWAY, EL WAND | 800.00 |
| 000000234 | HOLMAN III, JOHN | 5,000.00 |
| 000000269 | MATTHEWS, BARRY | 7,000.00 |
| 000000281 | SWANN, VIRGINIA M | 500.00 |
| 000000322 | DAWSON, SUSAN | 500.00 |
| 000000345 | DORN, RICHARD C | 300.00 |
| 000000435 | LINDSAY, GLORIA J | 1,000.00 |
| 000000476 | BENFIELD, GARLAND | 3,500.00 |
| 000000503 | ESPINOZA, SEGUNDO | 1,200.00 |
| 000000672 | O'CONNELL, RUTH A | 4,000.00 |
| 000000730 | SISKOVIC, JOEL E | 500.00 |
| 000000758 | BLACKBURN, JOE E | 500.00 |
| 000000789 | CZECHA, VINCENT J | 1,500.00 |
| 000000848 | FLYNN, DAVID J | 1,750.00 |
| 000000896 | TRUELSON, EDGAR P | 500.00 |
| 000001039 | LYLES, SONYA D | 2,500.00 |
| 000001092 | ARSLAN, HILMI | 21,500.00 |
| 000001105 | OLIVER, LOUIS R | 20,000.00 |
| 000001265 | SUCIK, SUSAN M | 1,000.00 |
| 000001327 | PASCARAN, LORENZO | 500.00 |
| 000001330 | BELCH, ALAN C | 7,000.00 |
| 000001494 | LEJARDE, DULCE L | 2,000.00 |
| 000001506 | SHAW, ALLIEU M | 11,000.00 |
| 000001524 | CROWN, DENNIS R | 1,000.00 |
| 000001539 | DENNIS, BRUCE W | 4,000.00 |
| 000001575 | DUNTY, WILLIAM C | 1,000.00 |
| 000001786 | TAYLOR, LARRY R | 800.00 |
| 000001787 | LAM, TINA N | 1,500.00 |
| 000001839 | BARBOUR, MARIA L | 2,500.00 |
| 000001921 | ASUNCION, MARIE J | 250.00 |
| 000001999 | SABATANO, MICHELE | 1,000.00 |
| 000002000 | GIBBON,JR., EDWAR | 750.00 |
| 000002006 | BROWN, VANESSA S | 1,500.00 |
| 000002057 | ELLIS, ADRIENNE D | 500.00 |
| 000002078 | METZ,JR., JOHN R | 1,500.00 |
| 000002103 | SHAFER, JOE G | 1,000.00 |
| 000002161 | FRIGO, PHILLIP J | 1,000.00 |
| 000002173 | POSTLEWAIT, FLOYD | 500.00 |
| 000002175 | PETERSEN, THOMAS | 1,500.00 |
| 000002192 | GUZMAN, ANGEL R | 1,000.00 |
| 000002207 | GRAY, MICHAEL | 1,500.00 |
| 000002226 | MEYERS, STEPHEN L | 1,750.00 |
| 000002228 | CAMPBELL, ALVIN R | 500.00 |

1995 BONUSES

PAY PERIODS: 1/01/1995 THRU 12/31/1995

| EMP NO | EMPLOYEE NAME | BONUSES PAID |
|---|---|---|
| 000002234 | CARD, EDWIN P | 2,000.00 |
| 000002239 | RYBERG, DREXEL T | 7,000.00 |
| 000002349 | EGAN, KEVIN R | 1,000.00 |
| 000002357 | REID, ANDREW | 500.00 |
| 000002380 | TILLER, BARRY A | 1,750.00 |
| 000002390 | MYERS, LEONARD L | 1,000.00 |
| 000002397 | PIRO, ADELE I | 1,250.00 |
| 000002407 | SKIPPER, STEVEN L | 1,000.00 |
| 000002421 | BRAYALL, NICKI A | 250.00 |
| 000002424 | URBAN, PAUL D | 500.00 |
| 000002425 | CORMAN, CYNTHIA D | 1,250.00 |
| 000002427 | ASKOUNES, MICHAEL | 1,000.00 |
| 000002428 | ESQUIVEL, EDWARD | 1,000.00 |
| 000002442 | SZE, JOHN L | 1,500.00 |
| 000002449 | CAMPBELL, WILLIAM | 500.00 |
| 000002450 | FORD, MICHAEL L | 500.00 |
| 000002453 | SIMPSON, ANTHONY | 2,500.00 |
| 000002463 | RIFFE, CLARISSA C | 1,000.00 |
| 000002474 | LUCE, JAMES M | 1,500.00 |
| 000002482 | SACHAR, STANLEY B | 3,750.00 |
| 000002486 | CRALL, STEPHEN J | 1,500.00 |
| 000002487 | SHEVCHIK, DOUGLAS | 750.00 |
| 000002496 | WILSON, DAMON A | 2,000.00 |
| 000002497 | HOEFT, LINDA L | 1,500.00 |
| 000002532 | DONOHO, DAVID E | 750.00 |
| 000002533 | HASKELL, DONALD J | 500.00 |
| 000002539 | SCOTT, JON D | 1,000.00 |
| 000002542 | SMITH, JEFFREY D | 1,000.00 |
| 000002544 | ROWLAND, WESLEY B | 1,000.00 |
| 000002549 | PRATER, KENNETH C | 500.00 |
| 000002551 | PURI, VINEET | 3,250.00 |
| 000002558 | JOHANNSEN, LAWREN | 500.00 |
| 000002563 | ROBERTSON, WILLIA | 10,000.00 |
| 000002565 | DOYLE, TIMOTHY C | 900.00 |
| 000002568 | DAVIS, NATHANIEL | 700.00 |
| 000002569 | HENDERSON, MARK L | 400.00 |
| 000002571 | JEFFERSON, CAROLY | 1,000.00 |
| 000002574 | MCMULLEN, DAVID H | 1,000.00 |
| 000002575 | YAMBOT, MARIAPAZ | 2,500.00 |
| 000002580 | TOBIN, DANIEL J | 1,000.00 |
| 000002586 | DHARIA, JIGNA R | 2,750.00 |
| 000002590 | EASTBURN, AMORETT | 1,000.00 |
| 000002599 | EDGECOMBE, TRACY | 500.00 |
| 000002601 | AUBREY, KENNETH L | 5,000.00 |

1995 BONUSES

PAY PERIODS: 1/01/1995 THRU 12/31/1995

| EMP NO | EMPLOYEE NAME | BONUSES PAID |
|---|---|---|
| 000002602 | BALLY, MICHELE A | 750.00 |
| 000002604 | YEARGIN, BEVERLY | 500.00 |
| 000002615 | CHAMBERS, DONNA F | 250.00 |
| 000002667 | CARTER, KIMBERLY | 500.00 |
| 000002670 | JADEJA, LAXMAN | 500.00 |
| 000002674 | CADE, RALPH J | 500.00 |
| 000002679 | WATERS, KATHRINE | 500.00 |
| 000005032 | HIBBARD, GLENNA J | 500.00 |
| 000005051 | GARNER, DAWN M | 500.00 |
| 000005073 | PAVEY, NORMAN K | 500.00 |
| 000005119 | FRASURE, EDDIE R | 1,000.00 |
| 000005123 | KANCHERLA, SREEMA | 500.00 |
| 000005131 | COLE, DANA R | 500.00 |
| 000005152 | DANIELS, DARYEL C | 1,000.00 |
| 000005163 | WADE, KIM N | 1,500.00 |
| 000005166 | SMITH, JERRY N | 500.00 |
| 000005168 | HENNING, TERRY L | 300.00 |
| 000005171 | ESTES, KENNETH E | 800.00 |
| 000005175 | DAVIS, CYNTHIA W | 500.00 |
| 000005184 | WHITMORE, DAWN M | 750.00 |
| 000005216 | JUDY, ALTON L | 1,000.00 |
| 000005225 | MACNABB, JERRY L | 1,000.00 |
| 000005229 | TART, JOSEPH W | 1,500.00 |
| 000005234 | BROWN, BRUCE D | 2,500.00 |
| 000005241 | BIENSTOCK, RACHEL | 3,000.00 |
| 000005243 | PATTERSON, EVAN M | 1,250.00 |
| 000005248 | KRICKER, MARCIA C | 2,000.00 |
| 000005255 | STAFFA, NICKOLAS | 2,500.00 |
| 000005273 | HUEBNER, MANFRED | 750.00 |
| 000005274 | SMITH III, HOWARD | 1,000.00 |
| 000005306 | CROUCH, JAMES C | 500.00 |
| 000005317 | GONZALEZ, ANA E | 250.00 |
| 000005346 | DUNN, GEORGE F | 1,000.00 |
| 000005359 | GARRETT, RICHARD | 2,000.00 |
| 000005368 | BARBER, JOHN S | 2,000.00 |
| 000005381 | WRIGHTS, PARALEA | 500.00 |
| 000005388 | SMITH, ROBERT L | 500.00 |
| 000005463 | BARNES-HENNINGS, | 500.00 |
| 000005498 | THOMPSON, CHARLES | 1,500.00 |
| 000005501 | KANE, KEVIN M | 500.00 |

1995 BONUSES

PAY PERIODS: 1/01/1995 THRU 12/31/1995

| EMP NO | EMPLOYEE NAME | BONUSES PAID |
|---|---|---|
| GRAND TOTALS: | | 1000,239.47 |
| | | 771 289.47 |
| | | 228,950.00 |

REPORT LAYOUT NAME: CLB10

228,950

SORT/RANGE OPTIONS USED IN REPORT:

EMPLOYEES: THRU ZZZZZZZZZ
EMP TYPE: H
DEPARTMENTS: ALL SORT #
UNION CODES: ALL SORT #
AGREEMENTS: ALL SORT #

COMPLETION DATE AND TIME: 11/15/2002 14:36:18

ısion

ANALYSIS OF PENSION COSTS

**Information Systems and Networks Employee's Pension Plan**

Annual Minimum Funding Calculation / Forfeiture Account Reconciliation 1991 through 1995

AS ORIGINALLY BOOKED

| Plan Year | Carried Forward Balance to Fund Contributions<br>A | AMOUNT REQUIRED TO BE DEPOSITED<br>B | Employer's Deposit For the Plan Year<br>C | Forfeitures For the Plan Year<br>D | Required Participant Allocations For Plan Year<br>E |
|---|---|---|---|---|---|
| TOTAL | | | $ 3,586,825.86 | $ 2,406,504.85 | $ 5,630,029.61 |
| 1990 | | | $ 39,000.00 | $ 264,384.95 | $ 260,151.85 |
| 1991 | $ (4,233.11) | | $ | $ 75,828.14 | $ 269,813.33 |
| 1992 | $ (80,061.25) | $ 189,752.09 | $ 380,659.50 | $ 82,016.62 | $ 258,752.75 |
| 1993 | $ (272,924.03) | $ (14,171.28) | $ 303,290.19 | $ 36,655.42 | $ 370,425.92 |
| 1994 | $ (354,116.89) | $ 16,309.03 | $ 369,979.00 | $ 158,987.97 | $ 457,707.45 |
| 1995 | $ (512,657.94) | $ (54,950.49) | $ - | $ 325,757.13 | $ 595,849.36 |
| 1996 | $ (380,707.62) | $ 215,141.74 | $ 204,367.00 | $ 492,183.55 | $ 534,869.66 |

64

A Represents the amounts overfunded in the pension plan
B As originally booked it represents the contribution due less the overfunding
C The annual deposits included in the years that they apply to.
D These are the amounts that were forfeited by employees leaving the company
E These amounts are for the contributions fpr plan participants

Provided with Nov 19 letter

| | Carried Forward Balance to Fund Contributions (Overfunding) A | CONTRIBUTION REQUIRED B | QUESTIONED AMOUNT C | ALLOWABLE AMOUNT D | Originally Submitted H | ISN'S RECALCULATED ALLOWABLE PENSION COST I | YEAR | ISN WILL CONCUR WITH J |
|---|---|---|---|---|---|---|---|---|
| | AS REVISED TO REFLECT ALLOWABILITY | | | | | | | |
| | | $ (4,233.11) | | | | | | |
| 1992 | $ (4,233.11) | $ 193,985.19 | $ 189,752.09 | $ 4,233.11 | $ 285,495.00 | $ 4,233.11 | 1992 | $ 281,261.89 |
| 1993 | $ (190,907.41) | $ 176,736.13 | $ - | $ 176,736.13 | $ 294,535.00 | $ 181,048.40 | 1993 | $ 113,486.60 |
| 1994 | $ (317,461.47) | $ 333,770.50 | $ - | $ 333,770.50 | $ 298,921.00 | $ 294,511.91 | 1994 | $ 4,409.09 |
| 1995 | $ (353,669.97) | $ 298,719.48 | $ - | $ 298,719.48 | $ 456,228.00 | $ 307,482.24 | 1995 | $ 148,745.76 |
| 1996 | $ (27,037.65) | $ 270,092.23 | $ 38,687.58 | $ 231,404.65 | | | | |
| | | | | $ 1,044,863.86 | $ 1,335,179.00 | | | $ 547,903.35 |

65

B REPRESENTS THE CONTRIBUTIONS DUE FOR EMPLOYEES LESS FORFEITURES FOR PLAN YEAR
C IS THE AMOUNT PAID AFTER THE DUE DATE OF THE INCOME TAX RETURN (1992) OR NOT CONTRIBUTED (1996)
D THE ALLOWABLE CONTRIBUTION ON AN ANNUAL BASIS
H THE AMOUNTS THAT WERE INCLUDED IN THE SUBMISSION AND WERE QUESTIONED BY DCAA
I THE RECALCULATED AMOUNTS BASED ON THE OVERFUNDING DUE TO FORFEITURES ON A FISCAL YEAR BASIS
J THE AMOUNTS THAT ISN WILL CONCUR WITH

DEFENSE CONTRACT MANAGEMENT AGENCY
DEFENSE CONTRACT MANAGEMENT AGENCY BALTIMORE
217 EAST REDWOOD STREET, SUITE 1800
BALTIMORE, MARYLAND 21202-5299

IN REPLY
REFER TO: DCMAE-GTOK

December 8, 2002

Information Systems and Networks, Inc.
10411 Motor City Drive
Bethesda, MD 20817
ATTN: Mr. Charles Bonuccelli

SUBJECT: ISN Submittal dated November 19, 2002 in Regard to Indirect Cost Issues, Fiscal Years 1987-1995

Dear Mr. Bonuccelli:

I am in receipt of the subject submission, however I must direct your attention to a couple of points in regard to the legal standing of these documents. I can not treat your letter as a revised claim because the previous claim was officially withdrawn by your letter dated October 25, 2002. It also can not be treated as a new claim because it does not contain the certification required by FAR 33.207. I am willing to move forward on these issues as expeditiously as possible, however I can not make a commitment to a three week resolution period. It is my suggestion that we agree to meet during the week of December 9- December 13 in order to conclusively agree upon a course of action to resolve all outstanding issues. I think such a meeting would be beneficial for both sides. Let me know if you are agreeable to this suggestion at your earliest convenience.

Sincerely,

JOHN H. SVENSSON
Administrative Contracting Officer

Cc: DCMA-GTG
DCAA-Silver Spring Branch Office
File

**EXHIBIT G**