# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **INFORMATION SYSTEMS & NETWORKS CORPORATION,** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **No. 04-481C (Judge Miller)** |
| **THE UNITED STATES OF AMERICA,** | : | |
| **Defendant.** | : | |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1) of the Rules of the Court of Federal Claims ("RCFC"), the parties hereby stipulate to the dismissal of the Complaint, without prejudice.

Respectfully submitted,

Peter D. Keisler
Assistant Attorney General

David M. Cohen
Director

s/ Mark A. Melnick
Mark A. Melnick
Assistant Director

s/ David B. Stinson
David B. Stinson, Esquire
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L. St., NW
Washington, DC 20530
(202) 307-0290 – Phone
(202) 514-8624 – Facsimile

Counsel for Defendant

s/ Norman H. Singer
Norman H. Singer, Esq.
Singer & Associates, P.C.
10411 Motor City Drive
7th Floor
Bethesda, Maryland 20817
(301) 469-0400 - Phone
(301) 469-0403 - Facsimile

Counsel for Plaintiff

OF COUNSEL:

Gregory T. Allen
Trial Attorney
Defense Contract Management Agency
Manassas, Virginia

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of August, 2004, a copy of the foregoing Joint Stipulation of Voluntary Dismissal Without Prejudice was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

s/ Norman H. Singer
Norman H. Singer, Esquire

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.